IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHRISTUS HEALTH CARE SYSTEMS, INC. CHRISTUS SANTA ROSA HEALTH CARE CORPORATION, <br><br> Plaintiffs, <br><br> versus <br><br> AMERICAN CONSULTANTS RX, INC., AMERICAN CONSULTANTS, INC. and CHARLES MYRICK, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br> SA 12CV1221 OG |

## SPECIAL APPEARANCE

Defendants American Consultants RX, Inc., American Consultants, Inc., and Charles Myrick notify the Court that they are making a special, as opposed to general, appearance solely for the limited purpose of filing an answer within the time prescribed by law. In so doing, Defendants do not waive their defenses of insufficient service of process, lack of service of process, lack of personal jurisdiction, or any other defenses that would otherwise be available to them. Specifically, Defendants do not submit to the jurisdiction of this Court.

Respectfully submitted, this 24 day of January, 2013.

_/s/ Charles Myrick, CEO_
AMERICAN CONSULTANTS RX, INC.
AMERICAN CONSULTANTS, INC.
CHARLES MYRICK
*Pro se*