IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTUS HEALTH CARE SYSTEMS, INC., and CHRISTUS SANTA ROSA HEALTH CARE CORPORATION, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. SA 12–CV–1221 |
| AMERICAN CONSULTANTS RX INC., AMERICAN CONSULTANTS INC., and CHARLES MYRICK | § § § § | |
| Defendants. | § § | |

## ORDER ENTERING DEFAULT JUDGMENT

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled and numbered cause and specifically CHRISTUS Health Care Systems, Inc.'s and CHRISTUS Santa Rosa Health Care Corporation's ("CHRISTUS" or "Plaintiff(s)") Motion to Enforce Court Order and Enter a Default Judgment and Permanent Injunction Against All Defendants. (Dkt. No. 19). Having reviewed the documents, the pleadings, the relevant law, and the file as a whole, the Court, having considered the same, and the Clerk having previously entered a default in the name of the Defendants AMERICAN CONSULTANTS RX, INC., AMERICAN CONSULTANTS, INC. and CHARLES MYRICK, (Dkt. No. 30) finds that a Default Judgment shall be entered against all Defendants.

**IT IS THEREFORE ORDERED** that a Judgment of Default be entered against Defendants AMERICAN CONSULTANTS RX, INC., AMERICAN CONSULTANTS, INC. and CHARLES MYRICK.

Signed this the 28 day of March, 2014

_____
United States District Judge