# EXHIBIT A

# Christus Santa Rosa Children's Hospital Receive Tribute & Free Medicine Help by Charles Myrick of AC

July 2, 2014 International Donation



International Donation

← NEWS9: Blood donation information online! People Donate to Convicted Felon Because of Handsome Mug Shot →