IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTUS HEALTH CARE SYSTEMS, INC., | § | |
| and CHRISTUS SANTA ROSA HEALTH | § | |
| CARE CORPORATION, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | SA 12CV1221 |
| AMERICAN CONSULTANTS RX INC., | § | |
| AMERICAN CONSULTANTS INC., and | § | |
| CHARLES MYRICK | § | |
| | § | |
| Defendants. | § | |

## **CONDITIONAL WRIT OF BODY ATTACHMENT**

To the United States Marshal for the Western District of Texas, or the United States Marshal for any District in which Charles Myrick may be found:

Pursuant to the express conditions regarding filing and appearance by Mr. Myrick in the

Order Granting Expedited Motion for Show Cause Filing and Hearing on Civil Contempt and

Conditional Writ of Body Attachment issuing this Conditional Writ of Body Attachment, you

and your deputies are hereby commanded to immediately attach the person of Charles Myrick of

last known address in College Park, Georgia, place him in the custody of the Attorney General of

the United States and immediately bring him before a United States District Judge or United

States Magistrate in the district in which he is taken into custody.

You will further deliver to Charles Myrick, as soon as possible after apprehending him

hereunder, duly attested copies of the Court's Order authorizing this Writ and of the Court's

March 27, 2014 Permanent Injunction so there can be no doubt of his learning of the manner in

which he may effectuate his release, and upon execution of the Writ you shall make due return.

You will further provide to the Court and CHRISTUS advance notice to the extent feasible of the time and place you will bring Charles Myrick before a United States District Judge or United States Magistrate Judge as set forth above. Such notice shall be provided to CHRISTUS' counsel of record, Marc B. Collier, who can be reached on his cell at any time at 512-299-4241 or email at Marc.Collier@nortonrosefulbright.com. Alternatively, if it is not possible to provide advance notice, he may be contacted via his office number (Marc Collier at 512-536-4549), to allow CHRISTUS to appear by telephone when Charles Myrick is brought before a United States District Judge or United States Magistrate Judge as set forth above.

In accordance with the Court's Order authorizing this Writ, you and your deputies are authorized to use necessary and reasonable force in entering and searching the premises in which Charles Myrick may be found, and in taking him into custody, in order to effectuate this Order.

Dated: _____

_____
United States District Judge