In the United States District Court
for the Western District of Texas
San Antonio Division
David Alan Ezra
Senior United States District Judge

8/27/2014

FILED
AUG 28 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

CIVIL ACTION NO. SA 12CV1221 OG

Christus Health Care Systems, Inc.

and Christus Santa Rosa Health Care Corporation

Plaintiffs

Vs

American Consultants RX Inc.

American Consultants Inc. and

Charles Myrick

Defendants

Dear Judge Ezra,

I apologize for the receipt of this letter. I just received your court order yesterday and due to financial difficulties I will be unable to attend. However, I wish to provide an answer or answers to your requests.I also wish to bring to your attention issues of potential fraud and extortion attempts made against me and my company by the Plaintiff.

The question asked by Your Honor as to why sanctions should not be imposed against me and my companies American Consultants RX and American Consultants Inc.? The main reason is lack of jurisdiction. The Plaintiff gave a fraudulent answer.

Under II. jurisdiction And Venue of the plaintiffs original complaint and injunctive relief actually established my defense and the reason a court doesn't have jurisdiction. Without jurisdiction the court would've been unable to hear the case or render any decisions. The plaintiff would've had to come to the Georgia instead. **The plaintiff repeatedly stated the Defendants made and uninvited, unaccepted offer to convey so-called pharmacy discount cards to CSR and then used that uninvited and unwelcome act to promote a false affiliation with CSR**(please see attachment 1 and 1a).

In the United States District Court
for the Western District of Texas
San Antonio Division
David Alan Ezra
Senior United States District Judge

However, the plaintiff lied. American Consultants RX Inc. has had a relationship with the Christus Health Care System for years. Please note the process where we send cards to organizations was established years ago after discussions with the IRS, FBI, company accountant, as well as our legal team. **All orders or request are sent in writing, inputted online by the organization requesting the cards, or on the phone where we would document that this is a phone order and place date when ordered and when the order was filled. In order for me to do a video I would have the request in hand and I always speak to the recipient in an effort to learn more about the organization.**

**A. Christus Health Systems orders discovered from database inputted from written requests starting back as early as 2005:**

ACI ORDER REQUEST 8/2005ID Order Date Ship Name Contact Last Name Contact First Name Contact Title Ship Address Ship City Ship State Ship Postal Code Phone Number Ship Date Quantity Fax Number Notes

9171 6/30/2008 CHRISTUS MEDICAL GROUPFAMILY CLINIC SMITH ANITA LVN 401 EAST STTEXARKANA AR 71854- (870) 773-2177 7/1/2008 30 (870) 773-2758

3762 9/16/2005 CHRISTUS SPOHN FAMILY HEALTH CLINIC GREENTREE GORDON PHYSICIAN ASST 1020 CAROLYN FREER TX 78357- (361) 394-7311 1000 (361) 394-7158

9348 7/7/2008 CHRISTUS SPOHN FAMILY HEALTH CTR PI GURMAN GRACE LVN-FLOATER NURSE 14202 SOUTH PADRE ISLAND CORPUS CHRISTI TX 78418- (361) 494-7660 7/11/2008 500 (361) 949-9372

**B. Written Request Enclosed:**

1. **(See #4 attachment) Christus Saint Michael Senior Clinic,Leah Johnson 1400 College Dr., Suite 202, Texarkana, Texas 75503. Ordered on June 13, 2011. Ordered five cards.**
2. **(See#2attachment) Christus Dubuis Hospital , 1919 Labranch, Houston Texas,77002.-20 English/20 Spanish By the Pharmacy Director S Lotay. 713-756-8631.-8**
3. **(See #3 attachment )Cystic Fibrosis Center a.k.a.Cristus Santa Rosa Children's Hospital, 333 N. Santa Rosa St., San Antonio, TX 78207. 210-704-2910 Tamara Brown (Plaintiff Location) 50 English cards ordered on August 12, 2011.**
4. **(See #5 attachment) The Focus-Christus Santa Rosa, 500 98 N. Union Suite 300,New Braunfels,TX 78130. Ordered 50 cards English on June 4, 2013 by Karla Morales. 830-7-7979**

5. **(See #6 attachment) Christus Saint Michael clinic-Senior Clinic, 2604 Saint Michael Dr. Suite 239, Texarkana, TX 75503. 903-614-5330. Juanita Roberson ordered 50 English and 50 Spanish cards. Order made on May 20, 2014.**

The information provided was what my legal counsel, Winston Denmark, 8024 Fair Oaks Court, Jonesboro, GA 30236, 770-961-4100 was focusing on in the determination that jurisdiction was and is in Georgia. The documentation also proves that American Consultants RX not only had a business relationship with the Plaintiff but with the network as a whole. It also establishes another point that the cards were requested by the Plaintiff network in writing during the time American Consultants RX was still being sued.

The Plaintiff was incorrect in trying to establish jurisdiction in Texas when everything happened from Georgia. The initial inquiry and business relationship with the Christus Healthcare System s was established as far back as 2005 by American Consultants RX in Georgia not 2010 as the Plaintiff would have you to believe. All request made by the Plaintiff were completed in Georgia and all video were done in Georgia not Texas.

C. **"Copyright Disclaimer Under Section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, and research. Fair use is a use permitted by copyright statute that might otherwise be infringing. Non-profit, educational or personal use tips the balance in favor of fair use."**

The tribute made to the Plaintiff facilitated many points underneath the aforementioned statute.

1. Since 2003 American Consultants RX has donated over 30 million discount prescription cards to over 50,000 organizations across the country. The program is designed to be a humanitarian project to be given to uninsured people in need of medicine help. Designed to save as much as 80% off the cost of prescription drugs. See attachment #7 for an example of organizations throughout Texas that have received assistance from American Consultants RX Inc.
2. Members of Congress of the United States request cards and information for their constituents see attachment 8.
3. in August 7, 2008 Congressional Black Caucus of the Congress of the United States invited me to speak on the pivotal role that community organizations have on the health care policy infrastructure on Saturday, December 6, 2008 at 10:45 AM by Congresswoman Donna M. Christensen. Invited representatives from national community organizations each specialize in addressing the root cause of the disparities through community centered models. The goal was to help develop a policy framework for the elimination of health disparities which will guide federal, state, and local legislation, in White House, State Houses, and Mayoral offices as well as private sector, union and not-for-profit initiatives. Please see attachment #9.

In the United States District Court
for the Western District of Texas
San Antonio Division
David Alan Ezra
Senior United States District Judge

The framework discussed during the conference which I was asked to join exploded the exposure of American Consultants RX throughout the country. News outlets across the country were in demand for additional information concerning programs receiving the cards on a continual basis. See West Virginia University extension services-see attachment #10 .

4. Due to an overwhelming demand for information for assistance by uninsured Americans across the country, politicians seeking assistance for their constituents and updates of programs overlooked American Consultants RX started to build an extensive network not only throughout the country but online as well. Pursuant to the ongoing drive to address areas in distress Texas was definitely highlighted as a place that needed assistance. A key point in this is education and information. Many people don't know where to go to get help which is why the videos are highly sought after as point of information.

**Another area where the videos come handy in educating and informing members of law enforcement(FBI) who are assigned to do a background check or due diligence of our program, considering many federal and state agencies take part in our program.** It must be notated that I am as was my company under due diligence by the Georgia insurance Commissioner, Federal and State Laws, which also includes the IRS.

As noted earlier with over 50,000 organizations receiving free assistance and not being a 501(c)(3) organization places me and my company in a precarious situation. Our program is not technically designed to make money considering the cards are donated for free, all printing and postage is picked up by me and my company. It has been discussed by IRS representatives to have more than the normal proof of documentation concerning the donation of prescription cards across the country. Considering that over 80% American Consultants RX and my money are donated to facilitate the program in effort to help people in need.

A case in point is the very case I'm involved in now. The Plaintiff if approached by the IRS and asked for verification if they had received any other discount prescription cards donated by American Consultants RX would (as they are saying now) no. As a 501(c)(3) organization the Plaintiff has an obligation to report anything of value failure to report this could amount to legal action by the IRS . The video along with the signed request help the IRS substantiate the level of loss reported in our taxes.

**With over 50,000 organizations that we work with in an effort to keep them informed we utilize video, websites(over 700) and letters to keep them abreast of new programs that can be helpful to people in need. The establishment of fitting under the copyright allowance has been met.**

**D: Extortion And Defamation of Character By Plaintiff:**

The_utilization of elements in my background were effectively used by the Plaintiff to dissuade the Court from giving my company and myself a favorable ruling. The Plaintiff made it a point to utilize a

suspension given to me by the Georgia insurance Commissioner John Oxendine on February 13, 2003 for failure to report a felony. This aspect of the felony in my background from the case the Plaintiff studied were the elements of extortion came about. The Plaintiff made it a point to make sure elements of my background were promptly displayed online which brought about a negative connotation from my other business relationships. The ironic thing about the insurance case discussed by the Plaintiff (see attachment 11 and 12} involve extortion.

The Plaintiff made the point that concerning my background would've never did business with me or my company. The Plaintiff has falsely misrepresented the situation to The Court. In 1991 I was charged for a crime of forgery, credit card fraud and receipt of a fraudulent good. Given a choice of going to court or taking a plea, I chose to go to court because it was something I didn't do. Having just graduated from University of Southern Mississippi and having a good job waiting for me in Georgia, I had the unfortunate position of being in the wrong place at the wrong time. I was at home. Receiving a package at home which later turned out to be a fraudulent package and my residence was used as a drop spot.

Irregardless, the term railroaded is sometimes loosely used however it fit in my situation. I wind up going to a hearing by myself and my attorney which turned out to be a trial. Needless to say it was over quick. Technically I was given 10 years of which one year was served in prison. I was told that on completion of my sentence that I had first offender status. Later on when I applied for insurance licensing I assumed I had first offender. Which as the court knows would remove the legal obligation against an offender as if it never happened. For over eight years I excelled in the insurance industry until an individual went into my background and discovered that the felony was still there.

The individual attempted to extort over $50,000 from me or he would report me to the insurance division across the country that I was licensed with. Failure to report a felony in the insurance industry can result in imprisonment, suspension, or banishment from the industry. A person with a felony can only have insurance license with a federal waiver issued by the insurance Commissioner which is a rarity. A federal waiver if issued must be recognized in any and every state which would allow the individual to get licensed. Technically, the insurance Commissioner is vouching for the individual in question.

The Plaintiff failed to make knowledge that I was the one who turned himself in to the Georgia insurance Commissioner. I self-reported as the law states in Georgia that I became aware that I had lied concerning the fact I had a felony. Is this case that the Plaintiff has created a unique and deep layered avenue to extort money from me by using the same case and The Court as an accomplice.

In the United States District Court
for the Western District of Texas
San Antonio Division
David Alan Ezra
Senior United States District Judge

Please note the avenues the court has taken based on the information provided by the Plaintiff. The negative information provided the Plaintiff attorney to the court which allowed over $75,000 judgment to be paid to the Plaintiff Attorney for fees as well as the threat of force by the Court under duress of issuing a bench warrant for failure to report to Texas. I didn't even receive the court order until Monday 25th, 2014. But then I received two process servers the next day.

There's one thing that is a constant point. The information in my background has brought about several people who read the same information that the plaintiff attorney read and tried to extort money from me. The court has been lied to. First, in regards to the suspension by the insurance Commissioner of Georgia John Oxendine the plaintiff attorney should've notated that I was granted a federal waiver after completion of my suspension of one year and a fine of $5000 which is the exact sentence I received for the initial crime. Based on a Superior Court judge who did hear my case and recognized an extortion attempt and recommended suspension versus jail time or banishment which were my only three options since I self-reported a felony. John Oxendine the insurance Commissioner agreed.

Though I was granted a federal waiver I also received a Pardon approximately 6 months later. I have been told by several FBI agents were doing background checks on me that I am one of the most background checked men in the country. As an African-American in Georgia getting a federal waiver from insurance Commissioner John Oxendine who had a reputation for being extremely hard and gaining a pardon in Georgia was pretty near impossible. (See attachment 13).

The last two points very few people know about. My background situation is on file with the insurance agencies across the country as well as in Georgia. The plaintiff used false information in an effort to obtain money and ruin my reputation. The Plaintiff is banking on me being a felon without knowing the other information and using the court to extort money and force over me.

Please note on Tuesday evening I contacted the FBI in Texas and explained my situation. It was recommended I contact the Federal Trade Commission as well as the IRS concerning the situation with the Plaintiff along with the Justice Department in DC. It was explained to me that it sounded like a deep and layered extortion attempt by the Plaintiff utilizing the court as its enforcement of which he has seen before. This technique as explained to me usually works because the exposure of the felony leaves the defendant vulnerable.

Again I apologize for not being able to attend the Texas hearing. The embarrassment point for me is that I'm broke. I actually gave every dollar I have to help others in the country. I request the court not to issue a citation. I ask that you vacate your overall decision for attorney fees and the original complaint decision based on the information I provided. I also asked the court to assist facilitating an investigation of fraud and extortion by the plaintiff attorney and the plaintiff. As the documents enclosed present a completely different

story than was presented to the court. Make the Plaintiff come To Georgia if they wish to dispute the claim.

Please note with over 25,000 requests still needing to be scanned in and I know there are other orders possibly sent to the Plaintiff. I apologize for this letter not being in the right format that you may be accustomed to but I didn't have a lot of time. I had to do something because I did not want the court to be disrespected. I had to give you at least an answer. I do not plan to stand idle anymore. It is time that I bring the necessary people in to investigate the situation.

I also wish to add that removing video by American Consultants Rx online on other sites would be impossible concerning that we aren't Google. Also note the video in question rotates through a feed system by Google or other internet providers.

Thank you for your time and patience.

Sincerely,

Charles Myrick

President & CEO

American Consultants RX

CC: United States Justice Department

Federal Trade Commission

Internal Revenue Service

Congressional Black Caucus

FBI

In the United States District Court
for the Western District of Texas
San Antonio Division
David Alan Ezra
Senior United States District Judge

story than was presented to the court. Make the Plaintiff come To Georgia if they wish to dispute the claim.


Please note with over 25,000 requests still needing to be scanned in and I know there are other orders possibly sent to the Plaintiff. I apologize for this letter not being in the right format that you may be accustomed to but I didn't have a lot of time. I had to do something because I did not want the court to be disrespected. I had to give you at least an answer. I do not plan to stand idle anymore. It is time that I bring the necessary people in to investigate the situation.

I also wish to add that removing video by American Consultants Rx online on other sites would be impossible concerning that we aren't Google. Also note the video in question rotates through a feed system by Google or other internet providers.


Thank you for your time and patience.


Sincerely,

Charles Myrick

President & CEO

American Consultants RX

CC: United States Justice Department

    Federal Trade Commission

    Internal Revenue Service

    Congressional Black Caucus

    FBI

    Ernie Sadau

    Marc Collier

U.S.C. § 1051 *et. seq.* ("Lanham Act"); and violations of the Injury to Business Reputation or Trade Name or Marks provisions of the TEXAS BUSINESS AND COMMERCE CODE, §16.29.

7. This court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. §1121(a) and under 28 U.S.C. §1331 and §§1338(a) and 1338(b).

8. This court has jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. §1367(a) and the doctrine of supplemental jurisdiction.

9. The exercise of personal jurisdiction in Texas is proper because CHRISTUS Health and CSR are Texas non-profit corporations that regularly deliver services in Texas, conduct the business of medical caregiving in Texas and remand the proceeds of its charitable purpose to communities within the State of Texas including those within the San Antonio Division of the Western District. The acts, events and transactions giving rise to the causes of action herein have occurred in the Western District of Texas. Specifically, Defendants made an uninvited, unaccepted offer to convey so-called "pharmacy discount cards" to CSR and then used that uninvited and unwelcomed act to promote a false affiliation with CSR. In addition, without permission, Defendants appropriated CHRISTUS's copyrighted images and materials created in Texas and addressed to its San Antonio market audience and then used them for its own commercial endeavors. Without permission, Defendants also appropriated CHRISTUS's distinctive trademarks that are used famously in Texas, and employed them for their own commercial purposes. Defendants have established contacts with the State of Texas and have purposefully availed themselves of the resources and instrumentalities of the State of Texas by advertising that they have arranged to have their so-called discount cards recognized in more than 250 San Antonio area drug stores including various Walgreen's, CVS, Wal-Mart and HEB Pharmacies, *inter alia* and by using the intellectual property that they expropriated from

Attachment 1



32.     The "Tribute and Help" video prominently displays the CHRISTUS Santa Rosa service mark on websites owned by the Defendants. Defendants never asked permission to use the Santa Rosa mark on their websites or in their video nor was any permission ever granted to do so. Had such permission been requested, it would have been declined.

33.     CHRISTUS never received free pharmacy discount cards from Defendants that could in turn be credibly given to patients. Defendants' facsimile instructs CHRISTUS to request cards by fax or by web visit and none were ever so requested. Defendants, therefore, donated nothing of value to CHRISTUS.

34.     Following the posting of the video that uses CHRISTUS's marks and copyrighted materials without its permission, Defendants, upon information and belief, began using the Twitter service for "tweeting" links to the video and again falsely asserting that CHRISTUS Santa Rosa Children's Hospital had been the beneficiary of donated prescription discount cards when in fact it had not.

35.     Upon information and belief, during the month of June 2012, and in the months thereafter Defendants continued to "tweet" links to sites playing the infringing video and to further assert that CHRISTUS Santa Rosa Children's Hospital received "free medicine help."

36.     After the so-called "Tribute and Help" video first appeared on or about May 29, 2012, CHRISTUS counsel phoned Defendant ACRX on June 6, 2012 to request the removal of the infringing video and the cessation of any purported affiliation between Defendants and CHRISTUS.

37.     That same day, June 6, 2012, CHRISTUS received a voicemail from Mr. Myrick at ACRX claiming that their uses of CSR's photographs were exempt from claims of copyright

#2

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 7/11/11

NAME D. Skotar

TITLE/POSITION Pharmacy Director

ORGANIZATION CHRISTUS Dubuis HOSPT.

ADDRESS 1919 La-Branch.

CITY HOUSTON

STATE TEXAS ZIP CODE 77002.

PHONE NUMBER 713-756-8831

FAX NUMBER 713-756-8661

AMOUNT OF CARDS REQUESTED (English) 20

(Spanish) 20

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Filled by ARC 7-14-11

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Christus Dubuis Hospital
1919 Labranch
Houston, TX 77002

# PRESCRIPTION CARD FAX REQUEST FORM

#3

Video Done

Alison FB

AKA Christus Santa Rosa Children's Hospital

DATE 8-12-11

NAME Tamara Brown

TITLE/POSITION

ORGANIZATION Cystic Fibrosis Center

ADDRESS 333 N. Santa Rosa st

CITY San Antonio

STATE TX ZIP CODE 78207

PHONE NUMBER 210-704-2910

FAX NUMBER

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish)

AMM 8-22-11

Prepped for Video

**PLEASE FAX YOUR REQUEST TO: Alvin F Collins at (404)305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404)767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Filled by AFC 8-12-11

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

txt 6-4



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 6-13-11

NAME Leah Johnson, LBSW

TITLE/POSITION Social Worker

ORGANIZATION Christus St. Michael Senior Clinic

ADDRESS 1400 College Dr., Ste. 202

CITY Texarkana

STATE TX ZIP CODE 75503

PHONE NUMBER 903-614-5374

FAX NUMBER 903-735-5320

AMOUNT OF CARDS REQUESTED (English) 5

(Spanish) ______

**PLEASE FAX YOUR REQUEST TO: Angie L Collins at (404)305-9539**

Filled by AFC 6/14/11

Should you have any questions or concerns, please do not hesitate to contact us at (404)767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-623 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 6-4-13

NAME Karla Morales

TITLE/POSITION MA

ORGANIZATION The Focus - NB

ADDRESS 598 N. Union Suite 300

CITY New Braunfels

STATE TX ZIP CODE 78130

PHONE NUMBER 830-627-7979

FAX NUMBER 830-626-3963

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) ________

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Melissa H. Haskell, DO
The Focus - Christus Santa Rosa
New Braunfels, TX

598 N Union St. 300
New Braunfels, TX 78130

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 5-20-14

NAME Juanita Roberson

TITLE/POSITION Social Worker

ORGANIZATION St. Michael Senior Clinic

2604

ADDRESS 2406 St. Michael Dr. Suite 239

CITY Texarkana

STATE Texas ZIP CODE 75801 75503

PHONE NUMBER 903-614-5374

FAX NUMBER 903-614-5320

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

WD

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

5/20/14 Filled

**Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .**

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of this FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Christus St. Michael Clinic - Senior Clinic
903-614-5330
Christushealth.org



STEVE COHEN
9TH DISTRICT, TENNESSEE

1004 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515

TELEPHONE: (202) 225-3265
FAX: (202) 225-5663

167 NORTH MAIN STREET
SUITE 369
MEMPHIS, TN 38103

TELEPHONE: (901) 544-4131
FAX: (901) 544-4329

# Congress of the United States
## House of Representatives
### Washington, DC 20515-4209

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE

SUBCOMMITTEES:
AVIATION
HIGHWAYS AND TRANSIT
ECONOMIC DEVELOPMENT, PUBLIC BUILDINGS AND EMERGENCY MANAGEMENT

COMMITTEE ON THE JUDICIARY

SUBCOMMITTEES:
CONSTITUTION, CIVIL RIGHTS, AND CIVIL LIBERTIES
COURTS, THE INTERNET, AND INTELLECTUAL PROPERTY
COMMERCIAL AND ADMINISTRATIVE LAW

March 5, 2008

Dear Friend,

Some of my colleagues in the House of Representatives have utilized the American Consultants Rx to get free discount prescription cards for organizations in their districts. Please read the enclosed memorandum from American Consultants Rx to determine if your organization has any interest in following through with them. For further information, please feel free to contact my Chief of Staff, Shirley Cooks, at 202.225.3265.

Sincerely,

Steve Cohen
Member of Congress

PRINTED ON RECYCLED PAPER




# Congressional Black Caucus

of the Congress of the United States
1510 Longworth House Office Building—Washington, DC 20515
Ph- (202) 225-1790 — Fx- (202) 225-5517

August 7, 2008

Charles Myrick
President & CEO, American Consultants Rx, Inc.
P.O. Box 161336
Atlanta, GA 30321

Dear Mr. Myrick:

It is my pleasure, on behalf of the University of the Virgin Islands Caribbean Exploratory Research Center, the Medical University of South Carolina (MUSC) and the Public Health Committee of the Congressional Black Caucus Foundation (CBCF), which I chair, to invite you to join us at the Second Annual National Health Disparities Conference.

It will be held on St. Croix, US Virgin Islands on December 4-7, 2008 and promises to be as successful as the first which was held at MUSC in July of last year.

We would be pleased if you would accept our invitation to speak on the pivotal role that community organizations have on the health care policy infrastructure on Saturday, December 6, 2008 at 10:45am. As a panelist, we ask that you give a 5 to 7 minute presentation on the active role (s) your organization has taken in an effort to reduce health and health care disparities. We have invited representatives from national community organizations who each specialize in addressing the root causes of disparities through community centered models. Following the panel discussion, we have secured time for what we think will be an engaging Q&A discussion.

This Second Conference will build on the work done last year in Charleston, South Carolina to examine what progress has been made, areas where ground has been lost, the factors at play, and what needs to be done now and going forward to help us reach the goal of eliminating health disparities.

This year we hope to develop a policy framework for the elimination of health disparities which will guide federal, state and local legislation, and White House, State Houses and Mayoral offices' as well as private sector, union and not-for-profit initiatives.

Just as important is the second outcome, that of building of a broad, strong, coordinated and sustainable advocacy which will drive the agenda we begin there and continue to refine going forward.

Your input, experience and expertise is important to this process and we hope you will be able to join us.

To accept this invitation or if there are any questions, please contact me or Shelley Thomas at 202-225-1790.

We look forward to you visiting St. Croix and to being a part of this important endeavor.

Sincerely,

Donna M. Christensen

# ACRX distributing discount prescription cards in territory

TOM EADER

ST. CROIX — In an effort to assist individuals defray the high cost of prescription medicine, American Consultants Rx (ACRX) recently announced the re-release of the ACRX community service project to distribute 75,000 free ACRX discount prescription cards throughout the Virgin Islands during the next few weeks to many of the nonprofit organizations, hospitals, churches and clinics, as well as members of the general community.

The discount prescription cards, of which 25,000 were previously distributed throughout the territory about two years ago, are for individuals who are uninsured or underinsured, as well as those on Medicare, according to Charles Myrick, ACRX president and chief executive officer. Individuals with health insurance can obtain a card, but they are typically distributed to individuals without health insurance. The cards, which can be reused multiple times, will allow individuals to receive discounts on name brand and generic prescription medication.

"You get up to 80 percent off generic and up to 60 percent off name brand," Myrick said. "Considering a card that didn't cost you anything, you win every time you use it."

ACRX, an Atlanta-based company, was created in 2004 due to the rising costs, unstable economics and the mounting cost of prescriptions. Last year, ACRX distributed 22 million cards to 18,000 organizations throughout the nation.

Tom Eader

Charles Myrick, ACRX president and chief executive officer, left, and Sen. Terrence Nelson discuss the benefits of the ACRX discount prescription cards Thursday at the St. Croix Avis.

Myrick arrived on island earlier this week in preparation to speak on a panel at 10:45 a.m. today during the 2nd annual National Conference on Health Disparities at the University of the Virgin Islands on St. Croix campus. After Myrick arrived on island Tuesday, Sen. Terrence Nelson, who has been an advocate for the discount prescription cards since Myrick first introduced them in the territory, took him into the communities to meet with the individuals who would benefit from receiving the cards. Myrick said he helps individuals defray the cost of prescription medicine by distributing the cards because he understands the plight of the community.

"This isn't about business, this is about people needing help now," Myrick said.

Myrick said he doesn't think individuals should have to choose between eating or buying their prescription medicine. He said he wants to help individuals obtain discounted medicine by offering them free discount prescription cards with unlimited usage.

"I want everybody to be able to eat and get their medicine," Myrick said.

Individuals and organizations can obtain the cards by calling Myrick at 404-767-1072, or sending him an e-mail to ceo@acirx.com, or online at www.acirx.org. The cards can be used within the territory at Kmart pharmacy and U-Save Pharmacy. Myrick is also looking for Hispanic organizations to help distribute the cards to Spanish neighborhoods, as well as Puerto Rico. The cards are available in Spanish or English.

**SOCIAL RESPONSIBILITY**

BRAD DAVIS/THE DAILY ATHENAEUM

Senior marketing major Peter Gibson (**RIGHT**) presents a $2,100 check to Rhonda Morris (**LEFT**), Director of Administration for the Make a Wish Foundation Friday morning at WVU's College of Business and Economics. Students in the college participating in a Corporate Social Responsibility class solicited proposals for projects around the Morgantown area and had to decide which ones would receive a portion of the $20,000 available overall.

# New prescription drug card helps Americans save money

**Marli Riggs**
Staff Writer

Due to inflation, the rising costs of prescription medications and the unstable economy, American Consultants Rx is giving out prescription drugs cards to help curb the cost of medications.

This free card discounts prescription drugs and is available for all Americans.

According to its Web site, there are no gimmicks, no strings attached, no claim forms, just savings.

No enrollment is necessary, and no fee is charged to access the card.

The company recently made adjustments to its Web site, allowing those who speak Spanish to watch a tutorial about the card.

Charles Myrick is president and CEO of the Atlanta based program.

It has donated over 26 million prescription cards, which are accepted at over 50 thousand chain pharmacies.

"The program keeps giving, 24/7," Myrick said.

Card holders can save up to 40 percent off brand name prescription medications and 60 percent off generic brands.

Kim Rex, a Nutrition Outreach Instructor with West Virginia University Extension Services in Jackson County, reached out to ACRx to help residents without medical insurance.

"I asked American Consultants Rx to send me cards. It took one year, and I received 15,000 cards," Rex said. "We do not even have 15,000 people in my town. I only needed about 100."

> "This program is a good way to keep stores in balance. It is highway robbery what they can get away with. Sadly, people pay $40, $50 even $60 per month for a program that allows only 10 to 15 percent off their prescription medications."
>
> — Charles Myrick
> *President, CEO of American Consultants Rx*

Rex took the extra cards to local pharmacies to distribute them.

"A lot of pharmacies have never heard of the program, but they accept the card," Rex said.

K-mart, Giant Eagle, Kroger, Rite Aid, Target and Wal-Mart all accept the card.

A lot of people use the cards. Whoever does not have insurance ,we recommend them to use the card," said Tammi Geary, a pharmacy technician at K-mart.

She estimated that 20 customers per month use the cards.

"We have been around for four and a half years – a program that has donated over 20 million cards already," Myrick said. "My goal is to give out 50 to 60 million cards by the end of 2009."

Myrick founded ACRx because he said it was "embarrassing trying to find funding," for the program.

"Since I was not a constituent, they did not want to listen to what the program had to offer," he said. "Only two Congressmen in the United States would actually listen."

Myrick said that because industrial plants are closing around the country, people are losing benefits along with their jobs.

"There should be no decisions whether to buy medications or food, period," he said.

The program was originally started in Georgia, but Myrick said, "it just keeps getting bigger."

ACRx now has more than 18,000 nonprofit organizations around the country that help to spread the word about the cards. Churches, clinics and hospitals are all endorsing the use of the cards.

"We do not discriminate, if people need help, we help them," Myrick said.

"This program is a good way to keep stores in balance. It is highway robbery what they can get away with," Myrick said. "Sadly, people pay $40, $50 even $60 per month for a program that allows only 10 to 15 percent off their prescription medications."

If interested in having a ACRx card or for more information about the program, visit www.acirx.org.

marli.riggs@mail.wvu.edu



pharmacy status consistent with its high level of licensure and innovative academic and research activities.

50. Falsely being affiliated with a platform for opinion and political ideology injures CHRISTUS because readers of Defendants' sites may assume that Defendants' opinions are in harmony with CHRISTUS's, when in fact CHRISTUS has opposing views or has deliberately chosen to remain silent with respect to these divisive issues.

51. Falsely being affiliated with Defendants' products that are unrelated to healthcare at best, and antithetical to the religious and moral tenets of the CHRISTUS ministry, represents harm to its reputation and goodwill.

52. CHRISTUS objects to in any way being affiliated with Defendant Charles Myrick. The initial basis of this objection is simply that such alleged affiliation is untrue. Independently of that objection, upon information and belief, Mr. Myrick's history, background, and actions just prior to founding ACRX render any association between Defendants and CHRISTUS as deleterious to its good name and earned reputation. A summary of findings is contained in "Final Order, Case No. INS 03-11-016, *In the Matter of Charles L. Myrick, Jr.*, State of Oregon, March 8, 2004," attached as EXHIBIT D.[2]

53. Upon information and belief, Mr. Charles Lee Myrick was convicted by the Clayton Superior Court for the State of Georgia in the criminal case styled *State of Georgia v. Charles Lee Myrick*, case number 90-CR-21599-1.

[2] Obviously, until discovery has occurred, CHRSITUS is unable to affirmatively state that the Charles Lee Myrick in the public records is the same Charles Lee Myrick as the Defendant. However, it is unable to locate any Charles Lee Myricks that do not have such a criminal record – and presumes that any consumer/patient would also believe such affiliation exists if they checked the public records.

54. Upon information and belief, Mr. Myrick was found guilty of (i) forgery in the first degree; (ii) criminal receipt of goods fraudulently received; and (iii) financial transaction card fraud. Upon information and belief, Mr. Myrick was sentenced to five years in prison.

55. Upon information and belief, subsequent to his guilt being established beyond a reasonable doubt, Mr. Myrick failed to disclose his criminal convictions to the State of Georgia when applying for an insurance agent's license and then again upon renewing it. In February 2003, the State of Georgia therefore suspended Mr. Myrick's insurance license and fined him $5,000.00.

56. Upon information and belief, similarly, the States of Arizona, Connecticut, Kansas and Oregon all revoked Mr. Myrick's non-resident insurance licenses for his failures to disclose similar license revocations and/or his falsified applications in which he denied ever being arrested, charged or convicted of a criminal offense.

## IV. COUNT I: COPYRIGHT INFRINGEMENT

57. CHRISTUS incorporates herein and re-alleges as if fully set forth in this Paragraph, the allegations of Paragraphs 1-56, above, inclusive.

58. The photographs, compilations of photographs, and captions thereto displayed in certain CSR marketing pieces, including those on social media, are original, copyrightable subject matter under the laws of the United States and CHRISTUS owns valid and subsisting copyrights in and to them.

59. CHRISTUS filed copyright applications together with the requisite filing fees and deposit materials for the aforementioned photographs displayed in certain CSR marketing pieces, including those on social media, and the United States Copyright office has received these applications.



**MILLAR & MIXON, LLC**
ATTORNEYS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
108 WILLIAMSON MILL ROAD
JONESBORO, GEORGIA 30236

BRUCE R. MILLAR, ESQ.
J. STEPHEN MIXON, ESQ.

770-477-6360 TELEPHONE
770-477-6380 FACSIMILE
WWW.MILLARANDMIXON.COM

November 25, 2003

To Whom it May Concern :

Re: Charles L. Myrick

I have recently represented Mr. Charles Myrick before the Georgia Insurance Commissioners office, and I currently represent Mr. Myrick with regard to a pardon application currently pending with the state of Georgia. In connection with my representation, Mr. Myrick has asked that I write some of his friends, family, and business associates a letter wherein I attempt to answer certain questions concerning Mr. Myrick's dispute with the Georgia Insurance Commissioner's office. To begin, I would like to say that in my dealings with Mr. Myrick he has acted very professionally, with the utmost honesty and integrity. In fact, it may be that Mr. Myrick's strong character and integrity is what caused his ongoing problems with the Georgia Insurance Commission. I think you will see what I mean below.

As I understand it, Mr. Myrick's problems began when a man from Arizona contacted Mr. Myrick in an attempt to blackmail him. This man, allegedly, told Mr. Myrick that unless Mr. Myrick paid him $50,000, he would report a felony conviction for credit card fraud and acceptance of fraudulent goods (which occurred over 12 years ago) to the Georgia Insurance Commissioners office. This was a dangerous threat as people with felony convictions are not suppose to be selling insurance. Mr. Myrick could have paid this person and avoided this issue entirely. However, Mr. Myrick did not want to give in to the blackmailer's threats, and attempted to self-report this matter to the Georgia Insurance Commissioners office. Apparently, Mr. Myrick, when he was first licensed by the Georgia Insurance Commissioners office thought that he did not have to report theses convictions, because he was under the impression that this conviction had been sealed under Georgia's First Offender program. The First Offender Program is a legislative program offered to qualifying persons who are convicted of a felony, under this program if the individual can complete his probation provisions without violation the conviction will be sealed and not reflected as a conviction in their criminal record.

In any event, I later discovered that for some reason Mr. Myrick's conviction had not been recorded under Georgia's first offender program despite the fact that Mr. Myrick was told by his lawyer that he was sentenced under the first offender program, and despite the fact that he was eligible for the program. In any event, upon Mr. Myrick's learning about his conviction not being classified as a first offender conviction, he immediately contacted the Georgia Insurance Commissioner's office to inform them of the extortionist's demands and he also attempted to self report this situation regarding his conviction classification to the Georgia Insurance Commissioner's office.

Mr. Myrick maintains that even after this incident with the Georgia Insurance Commissioner's office he has been threatened with anonymous phone calls and letters to other states where he is licensed to sell insurance. Mr. Myrick tells me that many State investigations and hearings resulted from these reports, and that all of Mr. Myrick's contracts and licenses were either revoked or suspended until the events in Georgia were resolved. In addition, as you can imagine, Mr. Myrick maintains that his financial position was greatly effected by these events.

Ultimately, a hearing was held on November 21, 2002 wherein an administrative law judge refused to side with the Georgia Insurance Commissioner's attorney. The Judge found that because Mr. Myrick did, self report his circumstances to the State, has had no other problems with the Insurance commissioners office, and because the issues reported were so far in Mr. Myrick's past, that Mr. Myrick should only be suspended for one year.

With this decision, Mr. Myrick can be reinstated in February 2004. However, even with this victory, the decision still opened Mr. Myrick to many investigations, and hearings in other states. Currently, we are also working on obtaining a state pardon of these past convictions and are presently awaiting a response from the State Board of Pardons and Paroles. Throughout this process, I have advised Mr. Myrick to avoid any contacts and/or problems that could complicate his case before the Insurance Commissioner's Office or his pardon application before the Pardons and Parole Board. I hope my letter has answered any question's you may have as to Mr. Myrick's current situation with the Insurance Commissioner's Office. I remain,

Sincerely,

J. STEPHEN MIXON
Attorney for Charles Myrick

JSM/dk



# OFFICE OF INSURANCE AND SAFETY FIRE COMMISSIONER

**JOHN W. OXENDINE**
COMMISSIONER OF INSURANCE
SAFETY FIRE COMMISSIONER
INDUSTRIAL LOAN COMMISSIONER
COMPTROLLER GENERAL

SEVENTH FLOOR, WEST TOWER
FLOYD BUILDING
2 MARTIN LUTHER KING, JR., DRIVE
ATLANTA, GEORGIA 30334
(404) 656-2056 TDD# (404) 656-4031
www. gainsurance.org

**BEFORE THE COMMISSIONER OF INSURANCE**

**STATE OF GEORGIA**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | |
| | ) | |
| | ) | **CASE NUMBER 2002-1137** |
| **CHARLES L. MYRICK,** | ) | |
| **Respondent** | ) | |

**ORDER**

The Commissioner of Insurance of the State of Georgia (the Commissioner), acting through the Enforcement Division (Enforcement) of the Georgia Department of Insurance (the Department), has investigated the acts, practices, transactions, and course of business engaged in by CHARLES L. MYRICK (Respondent). As a result of that investigation, on October 8, 2002, the Commissioner, acting through the Chief Deputy Commissioner, issued a Notice and Order of License Revocation in which Respondent's resident insurance agent's license was revoked, effective November 4, 2002, unless timely written request for hearing was made.

On October 18, 2002, Respondent filed a request for hearing regarding said Notice and Order. Pursuant to O.C.G.A. §50-13-40 *et seq.*, Respondent's hearing request was referred to the Office of State Administrative Hearing (OSAH). On November 1, 2002, OSAH issued a Notice of Hearing in which a hearing was scheduled for November 21, 2002, at 1:00 P.M. at OSAH,

THE OFFICE OF INSURANCE AND SAFETY FIRE COMMISSIONER DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, NATIONAL ORIGIN, SEX, RELIGION, AGE OR DISABILITY IN EMPLOYMENT OR THE PROVISION OF PROGRAMS OR SERVICES

235 Peachtree Street, N.E., Suite 700, Atlanta, Georgia, before Administrative Law Judge Deepak Jeyaram.

The hearing convened as scheduled on November 21, 2002, with Administrative Law Judge Jeyaram presiding. Daniel L. Camp, Esquire, Enforcement Attorney, represented the Department. J. Stephen Mixon, Esquire, with the law firm of Millar, Mixon & Hunt, LLC, Jonesboro, Georgia, represented Respondent. At the hearing, sworn testimony and documentary evidence was admitted into the record, and both parties presented closing argument. On January 15, 2003, Administrative Law Judge Jeyaram issued an Initial Decision in this matter. In his Initial Decision, he stated his findings of fact and conclusions of law and gave his recommendation thereon.

The Commissioner of Insurance has carefully reviewed the transcript and all evidence admitted at the aforesaid hearing. Based upon that review, the Commissioner adopts the Findings of Fact and Conclusions of Law as stated in the Administrative Law Judge's "Initial Decision." A copy of that "Initial Decision" is attached hereto and hereby incorporated herein.

**INITIAL DECISION**

In his Initial Decision dated January 15, 2003, Administrative Law Judge Jeyaram stated that it was his finding that the revocation of Respondent's resident agent's license in the State of Georgia is authorized. His recommendation, however, was that due to Respondent's self-report of the deficiencies in his applications, his commendable community service and business practices as well as the remoteness in time of the convictions and his relatively young age at the time of conviction, that Respondent's license be suspended for a period of one (1) year and a fine imposed as deemed appropriate by the Commissioner.

## ORDER

**WHEREFORE,** having considered the record as a whole and the Administrative Law Judge's recommendation, based on the substantial evidence of record, consistent with that recommendation and pursuant to O.C.G.A. §50-13-41, it is hereby **ORDERED** as follows:

1. It was stipulated in the record that, although the renewal application form which Respondent filed in August 2002 specifically asked about first offender treatment as well as felony convictions, he did not disclose his 1991 felony disposition on this application. (Tr., pp. 5-6.) The Commissioner, in his discretion, has concluded that a monetary penalty in the amount of FIVE THOUSAND DOLLARS ($5,000.00) is warranted, pursuant to O.C.G.A. §33-2-24(g).

2. CHARLES L. MYRICK's Georgia resident insurance agent's license is hereby **SUSPENDED** for a period of **ONE (1) YEAR,** commencing with the effective date of this **ORDER;** provided, however, that under no circumstances will his license be reinstated until he has paid in full the monetary penalty specified in ¶1, above.

3. Upon satisfactory completion of the terms of ¶1 and ¶2, above, Respondent, upon application, will be granted a waiver pursuant to 18 U.S.C. §1033(e)(2) with respect to his March 1991 felony conviction in the Superior Court of Clayton County, Georgia.

Given under my Hand and Official Seal, effective this 13th day of February, 2003.

**JOHN W. OXENDINE**
**COMMISSIONER OF INSURANCE**
**STATE OF GEORGIA**

## AFFIDAVIT OF CHARLES LEE MYRICK

COMES NOW, Charles Lee Myrick, affiant above named and after being duly sworn deposes and states as follows:

1.

I am sui juris and competent to testify to the matters contained in this affidavit. I make the following representations with my own personal knowledge and for all purposes allowed by the Rules of Civil Procedure including but not limited to introduction into evidence in the case at bar.

2.

On 10 October 2002, I shared the following taped telephone message from August 21, 2002 with J. Stephen Mixon at his office.

3.

I swear and affirm that the following transcript is a true and correct transcript of the recorded telephone message taken from my home telephone on August 21, 2002.

Saved message today 4:24 p.m.

Charles this is Ben Wagner 480-394-0998 think you have had a problem with multiple felonies, forgery, credit card fraud, receiving stolen goods. Also, looks like you haven't taken the time to share that information with various insurance offices in different states where you have applied to sell insurance. You might want to call me back while I am thinking about what to do with that information.

To erase this message….(tape ends)

Further Affiant saith not. This 10 day of October, 2002

CHARLES LEE MYRICK

Sworn and prescribed before me
this 10 day of OCTOBER, 2002.

Donna H Kinney
NOTARY PUBLIC

NOTARY
EXPIRES
GEORGIA
OCT. 24, 2005
PUBLIC

# STATE BOARD OF PARDONS AND PAROLES

# PARDON

WHEREAS, Charles Myrick, Serial Number EF-276292 was convicted in the court(s) indicated below of the following offense(s) for which he received the sentence(s) hereinafter set forth:

| OFFENSE | COURT OF CONVICTION | DATE SENTENCE BEGAN | SENTENCE |
|---|---|---|---|
| Criminal Receipt of Goods Fraudulently Received (Count 1) (90CR215991) | Clayton Superior | 3/28/91 | 3 years |
| Financial Transaction Card Fraud (Count 3) | | | 3 years concurrent |
| Forgery 1st Degree (Count 2) | | | 10 years, serve 5 years, balance probated, concurrent (c/f 3/26/91). Commuted 4/4/94 |

and,

WHEREAS, an application for a Pardon has been filed by the above named individual; and

WHEREAS, having investigated the facts material to the pardon application, which investigation has established to the satisfaction of the Board that the pardon applicant is a law-abiding citizen and is fully rehabilitated;

THEREFORE, pursuant to Article IV, Section II, Paragraph II (a), of the Constitution of the State of Georgia, the Board, without implying innocence, hereby unconditionally fully pardons said individual, and it is hereby

ORDERED that all disabilities under Georgia law resulting from the above stated conviction (s) and sentence (s), as well as, any other Georgia conviction (s) and sentence(s) imposed prior thereto, be and each and all are hereby removed; and

ORDERED FURTHER that all civil and political rights, except the right to receive, possess, or transport in commerce a firearm, lost under Georgia law as a result of the above stated conviction(s) and sentence(s), as well as, any other Georgia conviction(s) and sentence(s) imposed prior thereto, be and each and all are hereby restored.

It is directed that copies of this order be furnished to the said applicant and to the Clerk(s) of Court(s) in the County(s) where the above sentence(s) were imposed.

GIVEN UNDER THE HAND AND SEAL of the State Board of Pardons and Paroles, this 13th day of May, 2004.

STATE BOARD OF PARDONS AND PAROLES

FOR THE BOARD: *Linda Winston*
Linda Winston

MILLAR & MIXON, LLC

ATTORNEYS AT LAW

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

108 WILLIAMSON MILL ROAD

JONESBORO, GEORGIA 30236

770-477-6360 TELEPHONE

770-477-6380 FACSIMILE

WWW.MILLARANDMIXON.COM

BRUCE R. MILLAR, ESQ.                                                                                    J. STEPHEN MIXON, ESQ.

June 3, 2004

Charles Lee Myrick
2900 Camp Creek Pkwy.
Apt. D-13
College Park GA 30337

Dear Charles:

My office spoke with Dan Camp on June 2, 2004, regarding your pardon and clearing your records on file with his office, in respect to the administrative hearing held in connection with the pardoned criminal charges. Mr. Camp says that his office has no procedure or precedent to follow in dealing with this matter. Additionally, he said that his records and the records from the Office of Administrative Hearings are two separate records. He said it could be possible to get an order from the Superior Court to possibly seal the records, or redact them concerning the criminal charges. He also stated that the records at the national level contain references to the hearing on the criminal charges and a State Court may not have any jurisdiction to order anything on the national level.

Trying to clear all these records may be very expensive, as there does not seem to be any precedent on how to get theses records cleared. It may be possible to get a letter on the Insurance Commissions letterhead detailing the circumstances to help with any problems caused by the records. Please contact me so that we can discuss how you want to proceed with this matter, and give me more details on how these records affect your licensing and business operations. I remain,

Sincerely,

J. STEPHEN MIXON

JSM/dk

ACRX

Video Done

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 02-27-2012

NAME Bettye Gindratt

TITLE/POSITION Director

ORGANIZATION Taylor County Social Services

ADDRESS 317 Pecan St., Ste 608

CITY Abilene

STATE Texas ZIP CODE 79602

PHONE NUMBER (325) 674-1341

FAX NUMBER (325) 738-8531

AMOUNT OF CARDS REQUESTED (English) 2,500

(Spanish) 2,500

**PLEASE FAX YOUR REQUEST TO: Angie L Collins at (404)305-9539**

Filled by APC 3-15-12

Should you have any questions or concerns, please do not hesitate to contact us at (404)767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

FAX is intended to be reviewed initially only by the individual
iorization of the client's legal representative or as otherwise
nittal page is not the intended recipient or a representative, you
: or the information contained herein is prohibited and subject to
in error, please immediately notify the sender by telephone or
u.

7





# American Consultants Rx

"We make sure you get the most for your money."

Approved details Home Back

**Date :** 06/04/2013

| | | | |
|---|---|---|---|
| **Name** | Daniel J Kravitz | **Organization** | The Center for Sight |
| **E-Mail ID** | daniel.kravitz@gmail.com | **City** | Lufkin |
| **Address** | 2 medical center blvd | **State** | TX |
| **Phone Number** | 7023389177 | **Zip code** | 75904 |
| **Fax** | | **Amount** | 1000 |

**g Area**

Type Your Message Here

Send Mail



## AMERICAN CONSULTANTS RX, INC.

## PRESCRIPTION CARD FAX REQUEST FORM

DATE 10-28-07

NAME Gloria G. Perry

ORGANIZATION Mary L. Peyton Foundation

ADDRESS 310 N. Mesa, Suite 318

CITY El Paso STATE TX ZIP 79901

PHONE NUMBER (915) 533-9698

FAX NUMBER (915) 533-4320

AMOUNT REQUESTED 5.00 or more

Mailed 11/2/07

Please fax your request to: Dorothy Weathers, Director of Communication, American Consultants,Rx Inc. at (404) 305-9539. Should you have any questions, please call us at (404) 767-1072 or visit our website at http://www.acrx.org

NOTE: Duplicates of this form are permitted.

This is a wonderful thing! I get so many uninsured, underinsured applicants. This prescription card will help them immensely!

Other agencies are these:

Nolar - 8929 Viscount Blvd. 79925

General Assistance - 100 E. Yandell 79901

Project Bravo - 4838 Montana - 79903

St. Vincent de Paul - 2104 N. Piedras 79930

Rio Grande Cancer Foundation (915) 562-7841 - fax

Cancer and Chronic Disease Consortium - (915) 771-63 telephone

These are good agencies

Govt agencies



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 3-28-13

NAME Lisa Dunbey / Dr. Robert Machos

TITLE/POSITION medical Assistant

ORGANIZATION MCNT / USMD

ADDRESS 800 5th Ave Ste 300

CITY Fort Worth

STATE TX ZIP CODE 76104

PHONE NUMBER (817) 334-1400

FAX NUMBER (817) 334-1450

AMOUNT OF CARDS REQUESTED (English) 100 - or as many as you can give us.

(Spanish)

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A, Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

3/27/13 filled



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 09-07-2012

NAME Sukanya Ambavaram

TITLE/POSITION MD / Primary Care Clinician.

ORGANIZATION Denton County Health Dept.

ADDRESS 535 S. Loop 288

CITY Denton

STATE TX ZIP CODE 76205

PHONE NUMBER 940-349-2900

FAX NUMBER 940 349-2901

AMOUNT OF CARDS REQUESTED (English) 100 (one hundred)

(Spanish)__________

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

1/7/13 mailed

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



Any Baby Can
a Family Resource Center

American Consultants Rx
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 01/08/2013

| **Name** | kathleen hopkins | **Organization** | any baby can |
|---|---|---|---|
| **E-Mail ID** | kathleenh@anybabycan.org | **City** | Austin |
| **Address** | 1121 E. 7th Street | **State** | TX |
| **Phone Number** | 512.454.3743 | **Zip code** | 78701 |
| **Fax** | 512.334.4465 | **Amount** | 75 |

Mailing Area

Type Your Message Here

Any Baby Can of Austin

Send Mail

1/8/13

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 11-25-2012

NAME JANIS HARLAND

TITLE/POSITION Administrator

ORGANIZATION PLEASANT GROVE MISSIONARY Baptist Ch

ADDRESS 2801 CONTI STREET

CITY HOUSTON

STATE TEXAS ZIP CODE ~~77120~~ 77020

PHONE NUMBER 713-228-5470

FAX NUMBER 713-222-0476

AMOUNT OF CARDS REQUESTED (English) 1,000

(Spanish) __________

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 9/13/12

NAME Chris Joslin

TITLE/POSITION Program Supervisor VI

ORGANIZATION Central Counties Services

ADDRESS 100 E. Ave A

CITY KILLEEN

STATE TX ZIP CODE 76541

PHONE NUMBER 254-526-4146

FAX NUMBER 254-526-9351

AMOUNT OF CARDS REQUESTED (English) 1000

(Spanish) 100

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

1/8/a filled

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 1-16-13

NAME John Key

TITLE/POSITION Exec Dir

ORGANIZATION EOAC

ADDRESS 500 Franklin Ave.

CITY WACO

STATE TX ZIP CODE 76701-2111

PHONE NUMBER 254-753-0331

FAX NUMBER 254-754-0046

AMOUNT OF CARDS REQUESTED (English) 75

(Spanish) 65

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

1/21/13





# PRESCRIPTION CARD FAX REQUEST FORM

DATE January 16, 2013

NAME Julian Russell

TITLE/POSITION Resident Support Specialist

ORGANIZATION Salvation Army

ADDRESS 1901 E. Seminary Dr.

CITY Fort Worth, Texas

STATE Texas ZIP CODE 76119

PHONE NUMBER 817 531-2923

FAX NUMBER 817 535-2330

AMOUNT OF CARDS REQUESTED (English) ~~250~~ 200

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.





# PRESCRIPTION CARD FAX REQUEST FORM

DATE 11-24-2012

NAME Rick Vasquez

TITLE/POSITION Founder

ORGANIZATION Texas Prison Ministry

ADDRESS 7520 Hillcroft St.

CITY Houston

STATE Texas ZIP CODE 77081

PHONE NUMBER 713-270-9434

FAX NUMBER 713-589-2491

AMOUNT OF CARDS REQUESTED (English) 5,000

(Spanish) 15,000

1/7/13

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 2/21/13

NAME Glenn E. Alexander, RD, CPNP

TITLE/POSITION Director

ORGANIZATION Alexander Children Health Services

ADDRESS 2128 Procter Street

CITY Port Arthur, TX

STATE Texas ZIP CODE 77640

PHONE NUMBER 4099831862

FAX NUMBER 4099831823

AMOUNT OF CARDS REQUESTED (English) 500

(Spanish) 500

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A Section 7-1-625 (c) If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

2/21/13

Video Done

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 2-12-13

NAME Pamela Rivera

TITLE/POSITION Pastor

ORGANIZATION St. Luke African Methodist Episcopal Church

ADDRESS 117 E Church St

CITY Waco

STATE TX ZIP CODE 76704

PHONE NUMBER 254-752-0502

FAX NUMBER 254-752-7107

AMOUNT OF CARDS REQUESTED (English) 200

(Spanish) ____________

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 11-23-11

NAME Diane Stalnaker

TITLE/POSITION WN / owner

ORGANIZATION East Texas Clinic

ADDRESS 201-A Pine Tree Road

CITY Longview

STATE Tx ZIP CODE 75604

PHONE NUMBER 903-759-4966

FAX NUMBER 903-759-3414

AMOUNT OF CARDS REQUESTED (English) 500

(Spanish) ____

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org. Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321.

Filled by AFC 1-19-12

AMM

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.





Video Prep
Video Done

American Consultants Rx
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 10/12/2011

| **Name** | Angela Menchaca | **Organization** | Tx. Dept of State Health Services |
|---|---|---|---|
| **E-Mail ID** | angela.menchaca@dshs.stat | **City** | athens |
| **Address** | 708 East Corsicanca | **State** | texas |
| **Phone Number** | 903-675-7742 | **Zip code** | 75751 |
| **Fax** | 903-675-3622 | **Amount** | 100 english<br>100 spanish |

Mailing Areag Area

Type Your Message Here

Filled by ARC 10-12-11 AMM

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 1-24-12

NAME Jane Collins, RN

TITLE/POSITION R.N. School Nurse

ORGANIZATION Nitsch Elementary

ADDRESS 4702 W. Mt. Houston

CITY Houston

STATE TX ZIP CODE 77088

PHONE NUMBER 832-484-6383

FAX NUMBER 832-484-7321

AMOUNT OF CARDS REQUESTED (English) 655

(Spanish) ~~345~~ 350

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Filled by AFC 1-30-12 AMM

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com/ . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



Video Done

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 1/24/12

NAME Correne Lynch - Fierro

TITLE/POSITION Programs Manager

ORGANIZATION Communities In Schools of N. Texas

ADDRESS 1900 Walker Lane

CITY Little Elm

STATE TX ZIP CODE 75068

PHONE NUMBER 972-292-1840 ext. 26005

FAX NUMBER 972-292-3505

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com/ . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Filled by AFC 1-30-12 Amm

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



**American Consultants Rx**
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 01/08/2013

| | | | |
|---|---|---|---|
| **Name** | Diana Ramos | **Organization** | Pal's Activity Center |
| **E-Mail ID** | palsactivity@gmail.com | **City** | Pasadena |
| **Address** | 1007 Burke Rd. | **State** | Texas |
| **Phone Number** | 713-472-6040 | **Zip code** | 77506 |
| **Fax** | 713-472-7080 | **Amount** | 72 english card and 20 sp |

Mailing Areag **Area**

Type Your Message Here

Send Mail

1/8/13

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 12/26/12

NAME Jose Melendez

TITLE/POSITION Executive Director

ORGANIZATION Armed Services YMCA

ADDRESS 7060 Comington Street

CITY El Paso

STATE TX ZIP CODE 79930

PHONE NUMBER (915) 562-8461

FAX NUMBER (915) 565-0306

AMOUNT OF CARDS REQUESTED (English) 60

(Spanish) 40

Video Done

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

1/6/13 Filled

# PRESCRIPTION CARD FAX REQUEST FORM

DATE Jan. 30, 2012

Written up 2-4-12 ac

NAME Erica Hansley

TITLE/POSITION Campus Coordinator

ORGANIZATION Communities In Schools

ADDRESS 2800 North 6th St.

CITY Abilene

STATE TX ZIP CODE 79603

PHONE NUMBER (325) 677-1731 ext 853

FAX NUMBER (325) 794-1387

AMOUNT OF CARDS REQUESTED (English) 150

(Spanish) 20

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com/ . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Amy

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 30 Nov 11

NAME Richard A. Marshall, Sr

TITLE/POSITION Adjutant / Quartermaster

ORGANIZATION VFW Post 6873

ADDRESS 1049 Veterans Dr

CITY Abilene

STATE TX ZIP CODE 79605

PHONE NUMBER 325-692-0222

FAX NUMBER 325-692-8244

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Filed by AFC 1-16-12

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.





American Consultants Rx
"We make sure you get the most for your money."

**Fax Request Full Details**

Approved details Home Back

**Date :** 05/03/2010

| | | | |
|---|---|---|---|
| **Name** | shewanna giles | **Organization** | Magellan Health services |
| **E-Mail ID** | slgiles@magellanhealth.co | **City** | fort worth |
| **Address** | 251 W. Lancaster #117 Fort worth, TX 76102 Attn E | **State** | tx |
| **Phone Number** | 817-348-9908 | **Zip code** | 76102 |
| **Fax** | 817-882-0522 | **Amount** | 300 english /200 spanish |

**Mailing Areag** Area

Type Your Message Here

Send Mail

5/4/10

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 1-24-14

NAME Helen Childres

TITLE/POSITION LVN

ORGANIZATION Robert Zimmerman MD

ADDRESS 1110 E. Austin St. Bldg A.

CITY Paris

STATE TX ZIP CODE 75460

PHONE NUMBER 903-785-6730

FAX NUMBER 903-785-6740

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

WD

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

1/27/14 Mailed

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the Individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

NoPe

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 11-28-11

NAME LINDA Buechter

TITLE/POSITION CEO

ORGANIZATION BRAZORIA County Alcoholic Recovery Center, INC.

ADDRESS 1103 N. AVENUE H

CITY FREEPORT

STATE TX ZIP CODE 77542

PHONE NUMBER 979-233-3826

FAX NUMBER 979-233-3708

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Filed by 1-16-12

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of this FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 11/18/11

NAME Aaron Mitschke

TITLE/POSITION Clinic Manager

ORGANIZATION Agape Clinic

ADDRESS 4105 Junius Street

CITY Dallas

STATE TX ZIP CODE 75246

PHONE NUMBER 214-824-2744

FAX NUMBER 214-823-9951

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 100.

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Filled by AFC 1-4-12

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

AMM

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 6/25/12

NAME Sonia Flores

TITLE/POSITION OM

ORGANIZATION Home Care Connections

ADDRESS 1012 Garnerfield Rd. Garnerfield Rd

CITY Uvalde Uvalde

STATE TX ZIP CODE 78801

PHONE NUMBER 830-591-0770

FAX NUMBER 830-591-0780

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish)__________

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 6/21/13

NAME Shawn Motte

TITLE/POSITION Financial Coor.

ORGANIZATION Academy of Starrz dba Kids R Kids #13

ADDRESS 2430 County Rd. 90

CITY Pearland

STATE Texas ZIP CODE 77584

PHONE NUMBER (713) 436-2932

FAX NUMBER (713) 436-2801

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) ______

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Rg Vid Prep

6/24/13

# PRESCRIPTION CARD FAX REQUEST FORM

Video Done

DATE 4/2/13

NAME Angela Menchaca

TITLE/POSITION RNBSN ; Clinic Charge Nurse

ORGANIZATION Tx Dept State Health Services

ADDRESS 708 E. Corsicana East

CITY Athens

STATE Tx ZIP CODE 75751 75751

PHONE NUMBER 903-675-7742

FAX NUMBER 903-675-3622

AMOUNT OF CARDS REQUESTED (English) 200

(Spanish) 150

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

**Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .**

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

4/25/13

Video Done

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 4/ 8 / 2013

NAME Melissa Garcia, RN

TITLE/POSITION Alternate Administrator

ORGANIZATION Nurses on Wheels, Inc

ADDRESS 1101 3rd Street

CITY Corpus Christi

STATE Texas ZIP CODE 78404

PHONE NUMBER 1 800 897 4082

FAX NUMBER 1 361 814 4918

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Video Prep

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 4/8/13

NAME Vernon Lockett

TITLE/POSITION Owner

ORGANIZATION Social Worker - Pathway

ADDRESS 2606 South Loop West #240

CITY Houston

STATE TX ZIP CODE 77054

PHONE NUMBER 713 4320381

FAX NUMBER 7135929461

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 100

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 5-18-12

NAME Sandy Dickey

TITLE/POSITION Executive Director

ORGANIZATION Children and Community Health

ADDRESS 120 S. Central Expressway, Suite 102

CITY McKinney

STATE TX ZIP CODE 75070

PHONE NUMBER 972-547-0606

FAX NUMBER 972-547-0851

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 100

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.






American Consultants Rx
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 07/09/2012

| | | | |
|---|---|---|---|
| **Name** | Vicki Westover | **Organization** | HIS Ministries |
| **E-Mail ID** | hisministries@yahoo.com | **City** | Santa Fe |
| **Address** | P.O. Box 1426 | **State** | Tx |
| **Phone Number** | 409-925-4697 | **Zip code** | 77510 |
| **Fax** | 409-927-4109 | **Amount** | 100 English 50 Spanish |

Mailing Areag **Area**

Type Your Message Here

Send Mail

7/9/12

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 08-24-2012

NAME Carla Rhodes

TITLE/POSITION Director WIC

ORGANIZATION WIC

ADDRESS 740 S.W 6th

CITY Paris

STATE Tx ZIP CODE 75460

PHONE NUMBER 903-784-1411

FAX NUMBER 903-784-1442

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 100

No Fee

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.




# American Consultants Rx

"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 07/09/2012

| | | | |
|---|---|---|---|
| **Name** | Danna Dyess | **Organization** | Methodist Healthcare Ministries |
| **E-Mail ID** | ddyess@mhm.org | **City** | Seguin |
| **Address** | 710 N. Austin Street | **State** | Tx |
| **Phone Number** | 830-379-4112 ex | **Zip code** | 78155 |
| **Fax** | 830-401-4112 | **Amount** | 100 |

Mailing Areag **Area**

Type Your Message Here

Send Mail







# PRESCRIPTION CARD FAX REQUEST FORM

DATE 5/21/2012

NAME Paula S. Gómez

TITLE/POSITION Executive Director

ORGANIZATION Brownsville Community Health Center

ADDRESS 191 E. Price Rd.

CITY Brownsville

STATE Texas ZIP CODE 78521

PHONE NUMBER (956) 548-7400

FAX NUMBER (956) 544 1662

AMOUNT OF CARDS REQUESTED (English) 500

(Spanish) 1500

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

7/2/12



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 1-13-14

NAME Darla Sloan

TITLE/POSITION Secretary

ORGANIZATION Crow Elementary School

ADDRESS 1201 Coke Dr.

CITY Arlington

STATE Texas ZIP CODE 76010

PHONE NUMBER 682-867-1850

FAX NUMBER 817-801-1855

AMOUNT OF CARDS REQUESTED (English) 300

(Spanish) 300

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

WD

1/13/14

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 03-16-2010

NAME Rick Gutierrez RN

TITLE/POSITION Nursing Supervisor

ORGANIZATION Arise Home Health Care

(215) ADDRESS 215 W 9th

CITY Mission — Mission/Tx

STATE Tx ZIP CODE 78572

PHONE NUMBER 956-580-1155

FAX NUMBER 956-580-7911

AMOUNT OF CARDS REQUESTED (English) 125

(Spanish) 125

Arise Home Health Care

Thank you

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

3/16/10

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

PR 7/14/11

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 5/24/10

NAME DESIREE JOLLEY

TITLE/POSITION CLIENT SERVICES DIRECTOR

ORGANIZATION CYPRESS ASSISTANCE MINISTRIES

ADDRESS 11202 HUFFMEISTER RD.

CITY HOUSTON

STATE TX ZIP CODE 77065

PHONE NUMBER 281-955-7684

FAX NUMBER 281-955-7695

AMOUNT OF CARDS REQUESTED (English) 200

(Spanish) 100

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Filled 6/8/10 ac

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

PR 7/14/11

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 7/6/2010

NAME Luz Covarrubias

TITLE/POSITION Director

ORGANIZATION Bethel Center of Val Verde, Inc

ADDRESS 900 E. 13th St

CITY Del Rio

STATE TX ZIP CODE 78840

PHONE NUMBER 830 775-1616

FAX NUMBER 830 703-8337

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Invoice 7/12/10 q.c.

Filled 7/9/10 q.c.

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 24-9-40 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

PR 7/14/11

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 5-6-10

NAME Billy Sipes

TITLE/POSITION

ORGANIZATION Newswire

ADDRESS 6794 Cottonwood Trl

CITY Gilmer

STATE TX ZIP CODE 75645

PHONE NUMBER ~~75645~~ 575631-0515

FAX NUMBER

AMOUNT OF CARDS REQUESTED (English) 500

(Spanish)

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Follow up 6-23-11 Phone Just Ringed

PR 7/16/11

Title

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 11-4-13

NAME Tammy McCormack

TITLE/POSITION Office Manager

ORGANIZATION Legacy Counseling Center

ADDRESS 4054 McKinney Ave, Suite 102

CITY Dallas

STATE Texas ZIP CODE 75204

PHONE NUMBER (214) 520-6308

FAX NUMBER (214) 521-9172

AMOUNT OF CARDS REQUESTED (English) 300

(Spanish) 75

No PIC

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

11/4/13

Video Done

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 11-5-13

NAME Betty Green

TITLE/POSITION Secretary

ORGANIZATION Greater Mt Pleasant BC

ADDRESS 1403 Morrell Ave

CITY Dallas

STATE TX ZIP CODE ~~75206~~ 75203

PHONE NUMBER 214 946-4522

FAX NUMBER 214 946 3410

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) ______

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

WD

12/5/13

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

1403 Morrell Ave
Dallas TX 75203

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 4-1-13

NAME MICHAEL E JONES

TITLE/POSITION MD

ORGANIZATION MICHAEL E JONES MD

ADDRESS 1121 BRIARCREST DR. SUITE 303

CITY BRYAN

STATE TX ZIP CODE 77802

PHONE NUMBER 979-774-1500

FAX NUMBER 979-774-7160

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) —

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

4/8/13
filled

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 2-12-13

NAME

TITLE/POSITION

ORGANIZATION

ADDRESS

Mark D. Francis, M.D.
~~12025 Louetta, Ste. A~~
Houston, TX 77070
Phone 281-370-0484
Fax 281-251-7626

CITY

STATE ZIP CODE

PHONE NUMBER 281-370-0487

FAX NUMBER 281-251-7626

AMOUNT OF CARDS REQUESTED (English) 75

(Spanish)

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

2/27/13

Thank you so much!!

# PRESCRIPTION CARD FAX REQUEST FORM

Kallepalli

DATE 6-10-13

NAME BHUPALA R KALLEPALLI

TITLE/POSITION MD

ORGANIZATION WEST TEXAS BEHAVIORAL HEALTH-PA

ADDRESS 3301 101 st St

CITY Lubbock

STATE TX ZIP CODE 79423

PHONE NUMBER 806-281-9966

FAX NUMBER 806-281-9964

AMOUNT OF CARDS REQUESTED (English) 20

(Spanish) 10

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

6/11/13

# PRESCRIPTION CARD FAX REQUEST FORM

Called Resend A.S. AP English

DATE 4-11-13

NAME Marci Shelby

TITLE/POSITION CFO

ORGANIZATION Brazos Place

ADDRESS 1103 North Ave H

CITY Freeport

STATE TX ZIP CODE 77541

PHONE NUMBER 979 233 3826

FAX NUMBER

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish)

6-28/845

**PLEASE FAX YOUR REQUEST TO: Angie L Collins at (404)305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404)767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

4/12 [illegible]



Information Sent Successfully

American Consultants Rx
"We make sure you get the most for your money."

**Fax Request Full Details**

Approved details Home Back

**Date :** 04/02/2013

| **Name** | Anna Cortez, Reg, CPHt. | **Organization** | City of Laredo Health Dept Pharmacy |
|---|---|---|---|
| **E-Mail ID** | acortez@ci.laredo.tx.us | **City** | Laredo |
| **Address** | 2600 Cedar Avenue | **State** | Texas |
| **Phone Number** | 9567954909 | **Zip code** | 78040 |
| **Fax** | 9567952419 | **Amount** | 400 Spanish 100 in Englis |

**Mailing Areag** Area

Type Your Message Here

Send Mail



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 4/2/13

NAME Pastor Mark Graham

TITLE/POSITION Senior Pastor

ORGANIZATION Overcoming Word Praise Center

ADDRESS 4301 Cedar Elm

CITY Wichita Falls

STATE TX ZIP CODE 76308

PHONE NUMBER 940-692-9673

FAX NUMBER 940-264-6641

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 100

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9[illegible]9**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 1[illegible]1336. Atlanta, GA 30321 .

4/8/13

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Overcoming Word Praise Center
4301 Cedar Elm Ln
Wichita Falls, TX 76308

Aaun

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 4-8-13

NAME Marci Shelby

TITLE/POSITION CFO

ORGANIZATION Brazos Place

ADDRESS 1103 N. Avenue H

CITY Freeport

STATE TX ZIP CODE 77541

PHONE NUMBER 979-233-3826

FAX NUMBER 979-233-3708

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish)

4/8/13 [signature]

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 02/11/13

NAME Donald R. Samuel MD,

TITLE/POSITION Supervising Physician

ORGANIZATION Clinic For Womens Health

ADDRESS 605 W. Gibson St.

CITY Jasper

STATE TX ZIP CODE 75951

PHONE NUMBER 409-489-0500

FAX NUMBER 409-383-1822

AMOUNT OF CARDS REQUESTED (English) 500

(Spanish) 250

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

2/12/13 Filled



American Consultants Rx
"We make sure you get the most for your money."

**Fax Request Full Details**

Approved details Home Back

**Date :** 02/15/2013

| **Name** | Brenda Hoover | **Organization** | East Texas Medical Center Mt Vernon |
|---|---|---|---|
| **E-Mail ID** | mv_hoob@etmc.org | **City** | Mt Vernon |
| **Address** | PO BOX 477 | **State** | Texas |
| **Phone Number** | 903-537-8000 | **Zip code** | 75457 |
| **Fax** | | **Amount** | 75 |

**Mailing Area**g Area

Type Your Message Here

Send Mail

2/19/13 Filled

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 2.13.13

NAME Gail B. Reid

TITLE/POSITION Dietitian

ORGANIZATION DaVita Coastal Dialysis

ADDRESS 4300 SPID Ste 2-2

CITY Corpus Christi

STATE TX ZIP CODE 78411

PHONE NUMBER 361-855-9449

FAX NUMBER 361-855-9398

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 5

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns,,please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

4300 South Padre Island Dr. Ste 2-
Corpus Christi, TX 78411

2/18/13 filled

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 02/13/13

NAME Khoa D. Tran, MD

TITLE/POSITION Doctor

ORGANIZATION Houston Head & Neck Surgical

ADDRESS 10311 N. Eldridge PKWY

CITY Houston

STATE Texas ZIP CODE 77065

PHONE NUMBER 281.897.1112

FAX NUMBER 281.897.9993

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 100

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

2/18/13

Dorothy Weathers

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 9/17/2012

NAME John R. Gilmore MD

TITLE/POSITION Physician & owner

ORGANIZATION Dr. John Gilmore - ENT

ADDRESS 8230 Walnut Hill Ln. Suite 308

CITY Dallas

STATE TX ZIP CODE 75231

PHONE NUMBER (214) 361-5285

FAX NUMBER (214) 946-7844

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 25

12/31/12

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 02-12-13

NAME Zeba Barlas. MD

TITLE/POSITION MD

ORGANIZATION FUQUA Medical Center

ADDRESS 4407 W. FUQUA Suite 'A'

CITY HOUSTON

STATE TX ZIP CODE 77045

PHONE NUMBER 713- 433-2500

FAX NUMBER 713- 433-3513

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 100

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

2/12/13

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 11-1-12

NAME Amy Redus

TITLE/POSITION Clinic Admin

ORGANIZATION The Epilepsy Foundation of Texas

ADDRESS 2630 Fountain View Dr. #210

CITY Houston

STATE TX ZIP CODE 77057

PHONE NUMBER 713-789-6295

FAX NUMBER 713-789-4944

AMOUNT OF CARDS REQUESTED (English) 10

(Spanish) 10

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

1/2/13 Filled

# PRESCRIPTION CARD FAX REQUEST FORM

Written up 2-4-12 qc

DATE 01/30/12

NAME Lucy Martinez

TITLE/POSITION Office Manager

ORGANIZATION Blessing Homecare Serv, inc

ADDRESS 3845 fm 1960 W #345

CITY Houston

STATE TX ZIP CODE 77068

PHONE NUMBER 281-440-1001

FAX NUMBER 281-440-4568

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 40

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



# PRESCRIPTION CARD FAX REQUEST FORM

Written up 2-4-12 ac

DATE 1/30/12

NAME Florence Anyanwu

TITLE/POSITION DON, Adminstrator

ORGANIZATION Emmaco Home Health Services, Inc.

ADDRESS 8303 SW Fwy # 224

CITY Houston

STATE TX ZIP CODE 77074

PHONE NUMBER 713 777 2376

FAX NUMBER 713 777 2333

AMOUNT OF CARDS REQUESTED (English) 80

(Spanish) 20

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Arnm

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE Jan 30, 2012

NAME Erica Hansley

TITLE/POSITION Campus Coordinator

ORGANIZATION Communities In Schools

ADDRESS 2800 North 6th St.

CITY Abilene

STATE TX ZIP CODE 79603

PHONE NUMBER (325) 677-1731 ext. 853

FAX NUMBER (325) 794-1387

AMOUNT OF CARDS REQUESTED (English) 150

(Spanish) 20

Written up 2-4-12 AC

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com/. Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321.

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

written-up 2-4-12 ac

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 2/1/12

NAME Sylvia L. Addison

TITLE/POSITION Executive Director

ORGANIZATION Greater Calvary Rites of Passage

ADDRESS 6510 Berkman Dr.

CITY Austin

STATE Texas ZIP CODE 78723

PHONE NUMBER 512-454-6170

FAX NUMBER 512-302-9806

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com/. Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321.

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Amm



American Consultants Rx
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 01/17/2012

| **Name** | Tony Sanchez | **Organization** | Primera Baptist Church |
|---|---|---|---|
| **E-Mail ID** | chezan2@aol.com | **City** | Mission |
| **Address** | PO Box 1839 | **State** | TX |
| **Phone Number** | 9565854711 | **Zip code** | 78573 |
| **Fax** | 9565854711 | **Amount** | 30 |

Mailing Areag **Area**

Type Your Message Here

Filled by AFC 1-17-12 Amm

Send Mail

# PRESCRIPTION CARD FAX REQUEST FORM

DATE Aug. 18, 2009

NAME David R. Houston

TITLE/POSITION Pastor

ORGANIZATION Smith Temple COGIC

ADDRESS P.O. Box 8653

CITY Tyler

STATE TX ZIP CODE 75711

PHONE NUMBER (903) 595-4427

FAX NUMBER (903) 595-4914

AMOUNT OF CARDS REQUESTED (English) 300

(Spanish)

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) [illegible]. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACIRX discount prescription cards online at http://www.acirx.org. Also feel free to mail the request form to ACRX, P.O. Box 161336, Atlanta, GA 30321.

9/4/09

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



**Fax Request Full Details**

Approved details Home Back

**Date :** 11/16/2009

| **Name** | Lenola Tutt | **Organization** | Tri-County Community Action Agency, Inc. |
|---|---|---|---|
| **E-Mail ID** | yolanda1davis@yahoo.com | **City** | Center |
| **Address** | 1121 Hurst Street | **State** | TX |
| **Phone Number** | 936-598-6315 | **Zip code** | 75935 |
| **Fax** | 936-598-7272 | **Amount** | 2,000 Eng 1, 000 Span |

**Mailing Area**g Area

Type Your Message Here

Send Mail

11/17/09

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 01/08/14

NAME Angela Parica RN

TITLE/POSITION Director of Nursing

ORGANIZATION SPJST #2

ADDRESS 8611 main St.

CITY Reedville Needville

STATE Tx.

ZIP CODE 77461

PHONE NUMBER 979-793-4256

FAX NUMBER 979-793-3150

AMOUNT OF CARDS REQUESTED (English) 10

(Spanish) 10

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

WD 1/10/14 filled

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 6-1-2009

NAME PAT Kirby

TITLE/POSITION Case Manager

ORGANIZATION Tri-County Outreach - E.S.S.E.T

ADDRESS 501 West Bluff

CITY Woodville

STATE Texas ZIP CODE 75979

PHONE NUMBER 409-283-5887

FAX NUMBER 409-283-8720

AMOUNT OF CARDS REQUESTED (English) 200 (if possible)

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 10/7/09

NAME Dr Meena Pareke

TITLE/POSITION Pediatrician

ORGANIZATION Spring Creek Pediatrics

ADDRESS 110 Medical Dr., Ste 104

CITY Victoria

STATE Texas ZIP CODE 77904

PHONE NUMBER 361-572-9400

FAX NUMBER 361-572-4415

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 25

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com/ . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

10/14/09

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



**Fax Request Full Details**

Approved details Home Back

**Date :** 10/09/2010

| **Name** | Maureen Schein | **Organization** | Community Resource & Recreation Center |
|---|---|---|---|
| **E-Mail ID** | mjschein@gvtc.com | **City** | Canyon Lake |
| **Address** | P.O. Box 1472 | **State** | TX |
| **Phone Number** | 830-964-2324 | **Zip code** | 78133 |
| **Fax** | 830-964-2804 | **Amount** | 50 |

**Mailing Areag** Area

Type Your Message Here

Send Mail

10/9/10

NORTH STREET
CHURCH OF CHRIST
3914 North Street · Nacogdoches, TX · 75965

Facsimile Transmittal Sheet

To: Dorothy Weathers From: (Kim Olay) Office Manager

Company: North St. Church of Christ Date: 1/16/13

Fax Number: #(404)305-9539 Total no. of pages including cover: 2

Phone Number: (936) 564-2471

Re: Free Discount Prescription Card

Urgent ○ For Review ✓ Please Comment ○ Please Reply ○

Notes/ Comments:

We would love some cards here at the church to hand out to those that need them! :)

Thank you

1/17/13

[signature]

northstreetchurch.com
northstreetchurch@gmail.com

936.564.2471
Fax 936.564.0126

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 1/16/13

NAME Kimberly O'Pry

TITLE/POSITION North St Church of Christ (Office Manager)

ORGANIZATION North St. Church of Christ

ADDRESS 3914 North St.

CITY Nacogdoches

STATE Texas ZIP CODE 75965

PHONE NUMBER (936) 564-2471

FAX NUMBER (936) 564-0126

AMOUNT OF CARDS REQUESTED (English) 15 or 20

(Spanish) ______

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

1/17/13 filled

American Consultants Rx
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 02/04/2012

| **Name** | Mary Whitten | **Organization** | BQJ ELEMENTARY |
|---|---|---|---|
| **E-Mail ID** | mwhitten@nacisd.org | **City** | Nacogdoches |
| **Address** | 907 N Sanders | **State** | TX |
| **Phone Number** | 9365695040 | **Zip code** | 75964 |
| **Fax** | 9365695796 | **Amount** | 150 |

Mailing Areag **Area**

Type Your Message Here

Filled by ARC 2-4-12

Amm





American Consultants Rx
"We make sure you get the most for your money."

**Fax Request Full Details**

Approved details Home Back

**Date :** 04/01/2013

| | | | |
|---|---|---|---|
| **Name** | Kim Gibson | **Organization** | Epilepsy Foundation |
| **E-Mail ID** | kgibson@etfx.org | **City** | Houston |
| **Address** | 2630 Fountain View Suite 210 | **State** | TX |
| **Phone Number** | 713-789-6295 | **Zip code** | 77057 |
| **Fax** | | **Amount** | 500 |

**Mailing Area**g Area

Type Your Message Here

Send Mail





# PRESCRIPTION CARD FAX REQUEST FORM

DATE 4-3-13

NAME BHUPALA R KALLEPALLI

TITLE/POSITION MD

ORGANIZATION WEST TEXAS BEHAVIORAL HEALTH NETWORK

ADDRESS 3301 101st St 101st St.

CITY Lubbock

STATE TX

ZIP CODE 79423

PHONE NUMBER 806-281-9966

FAX NUMBER 806-281-9964

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) __________

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

4/4/13 filled

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 2-21-12

NAME Tammy Hazelett

TITLE/POSITION Office Manager

ORGANIZATION Dr. O. Keith Dishman

ADDRESS 4311 Oak lawn Suite C125

CITY Dallas

STATE TX ZIP CODE 75219

PHONE NUMBER 214-521-0929

FAX NUMBER 214-521-2502

AMOUNT OF CARDS REQUESTED (English) 10

(Spanish) 10

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Filled by ARC 3-12-12

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 2/8/2012

NAME Property Manager

TITLE/POSITION Stacey Fisher

ORGANIZATION Chisholm Trail Sr Villge (55 or older and or disabled)

ADDRESS 1003 West 9th Ave

CITY Belton

STATE Texas ZIP CODE 76513

PHONE NUMBER 254-939-7400

FAX NUMBER 254-939-7401

AMOUNT OF CARDS REQUESTED (English) 60

(Spanish) ______

**PLEASE FAX YOUR REQUEST TO: Angie L Collins at (404)305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404)767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

Filled by AFC AMM 3-12-12

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (e). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



American Consultants Rx
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 01/17/2012

| **Name** | Todd Wilson | **Organization** | McCord Elementary |
|---|---|---|---|
| **E-Mail ID** | todd.wilson@vernonisd.org | **City** | Vernon |
| **Address** | 2915 Sand Road | **State** | Texas |
| **Phone Number** | 940-553-4381 | **Zip code** | 76384 |
| **Fax** | 940-552-0056 | **Amount** | 65 |

Mailing Areag **Area**

Type Your Message Here

Filled by AFC 1-18-12

Amm



**East Texas**
**CENTER FOR INDEPENDENT LIVING**

(903) 581-7542/581-8289-FAX
4713 TROUP HWY, TYLER, TX 75703

FACSIMILE TRANSMITTAL SHEET

| TO: Dorothy Weathers | FROM: Joy Willadsen |
|---|---|
| COMPANY: American Consultants, Rx Inc. | DATE: NOVEMBER 8, 2007 |
| FAX NUMBER: (404)305-9539 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Discount Prescription Cards | YOUR REFERENCE NUMBER: |

☐ URGENT X FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

Notes/Comments:

Dorothy,

Your cards are very helpful for individuals we service. I am requesting 300 cards at this time. We at ETCIL appreciate the service you do. Thank you!

Joy Willadsen
Resource Advocate
ETCIL

The information in this electronic message may contain confidential and privileged information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this electronic message. If you have received this electronic message in error, please notify the sender immediately and delete or destroy the original.

RPR

# PRESCRIPTION CARD FAX REQUEST FORM

DATE February 5, 2010

NAME JOSE LUIS SALAS

TITLE/POSITION MANAGER

ORGANIZATION MID-VALLEY GARDEN + POND Supply Inc.

ADDRESS 1800 E. Business Hwy 83

CITY Weslaco

STATE TEXAS ZIP CODE 78596

PHONE NUMBER (956) 973-1998

FAX NUMBER (956) 973-1999

AMOUNT OF CARDS REQUESTED (English) Thirty (30)

(Spanish) Thirty (30)

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

2/16/10

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com/ . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



**Fax Request Full Details**

Approved details Home Back

**Date :** 11/12/2010

| | | | |
|---|---|---|---|
| **Name** | Kristie Young | **Organization** | Kountze ISD |
| **E-Mail ID** | kyoung@esc5.net | **City** | Kountze |
| **Address** | PO Box 460 | **State** | TX |
| **Phone Number** | (409)246-3474 | **Zip code** | 77625 |
| **Fax** | (409)246-8180 | **Amount** | 100 |

**Mailing Areag** Area

Type Your Message Here

filled
11/13/10
ac

Send Mail



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 10-20-10

NAME Albert B. Finch, M.D.

TITLE/POSITION "

ORGANIZATION "

ADDRESS 1509 N Texas Ave

CITY ODESSA

STATE TX ZIP CODE 79761

PHONE NUMBER (432) 337-8396

FAX NUMBER (432) 337-2507

AMOUNT OF CARDS REQUESTED (English) 100

Filled 10/22/10 ac AMM

(Spanish) ____________

**PLEASE FAX YOUR REQUEST TO: Angie L Collins at (404)305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404)767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

**PRESCRIPTION CARD FAX REQUEST FORM**

DATE April 18, 2010

NAME Jackie Bridges

TITLE/POSITION Lead Case Manager

ORGANIZATION The Salvation Army in Irving

ADDRESS 250 So. Breazzler Rd

CITY Irving

STATE Texas ZIP CODE 75061

PHONE NUMBER (972) 438-6533

FAX NUMBER (972) 554-8123

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com/ Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321.

4/25/10

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to all damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Follow up 7-12-11 left mess

# PRESCRIPTION CARD FAX REQUEST FORM

11-6-10
7P

B/09
PE

DATE 10/18/10

NAME Betty M. Dickerson

TITLE/POSITION Director

ORGANIZATION Henry Smith Families Inc DBA Multi-Cultural Educational Center

ADDRESS 1402 W Oak

CITY Palestine

STATE Texas    ZIP CODE 75801

PHONE NUMBER 903 729-3488

FAX NUMBER 903 723-8921

AMOUNT OF CARDS REQUESTED (English) 200

(Spanish) 100

[illegible]

Should you have any questions or concerns, please do not hesitate to contact us at (404) 7[illegible]. Also feel free to download a free discount prescription card [illegible] prescription cards online at http://www.acrx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

[illegible] named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise [illegible] hereby notified any review, dissemination or copying of this FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

**AMERICAN CONSULTANTS RX, INC.**

**PRESCRIPTION CARD FAX REQUEST FORM**

DATE 1-19-09

NAME AHC Chiropractic American Health Choice

ORGANIZATION

ADDRESS 8367 Perrin Beitel Rd

CITY San Antonio STATE TX ZIP 78218

PHONE NUMBER 210 653-3000

FAX NUMBER 210 653-4973

AMOUNT REQUESTED 10

Please fax your request to: Dorothy Weathers, Director of Communication, American Consultants,Rx Inc. at (404) 305-9539. Should you have any questions, please call us at (404) 767-1072 or visit our website at http://www.acrx.org

NOTE: Duplicates of this form are permitted.

RPR
PB

1/23/09
mailed

# AMERICAN CONSULTANTS RX, INC.

## PRESCRIPTION CARD FAX REQUEST FORM

DATE 1/19/09

NAME Lillian Hammer

ORGANIZATION Business Professional Staffing

ADDRESS 13800 Montfort Dr #107

CITY Dallas STATE TX ZIP 75240

PHONE NUMBER 972 991 0041

FAX NUMBER 972 788 2979

AMOUNT REQUESTED 5

Please fax your request to: Dorothy Weathers, Director of Communication, American Consultants,Rx Inc. at (404) 305-9539. Should you have any questions, please call us at (404) 767-1072 or visit our website at http://www.acrx.org

**NOTE:** Duplicates of this form are permitted.

RPR
PB

1/23/09
CV - Mailed

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 4-30-10

NAME Cathy Gilroy

TITLE/POSITION Administrator

ORGANIZATION Girling Health Care

ADDRESS 4646 Corona Suite 220

CITY Corpus Christi

STATE TX ZIP CODE 78411

PHONE NUMBER 1-800-286-7256

FAX NUMBER 361-853-7561

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) ________

APR 21 2010

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

5/10/10

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 01/06/12

NAME Hill Country Vision Center

TITLE/POSITION Jennifer - Technician

ORGANIZATION

ADDRESS 205 D Water Street

CITY Kerrville, TX 78028

STATE ZIP CODE

PHONE NUMBER 830-370-7768

FAX NUMBER 830-257-6419

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 151336, Atlanta, GA 30321 .

Filled by AFC 1-17-12

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Amm





## American Consultants Rx

"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 10/02/2013

| | | | |
|---|---|---|---|
| **Name** | Shelagh Skipsey | **Organization** | The Salvation Army |
| **E-Mail ID** | shelagh_skipsey@uss.salva | **City** | Lewisville |
| **Address** | 206 West Main Street | **State** | TX |
| **Phone Number** | 9723539400 | **Zip code** | 75057 |
| **Fax** | | **Amount** | 200 |

Mailing Areag **Area**

Type Your Message Here

Send Mail

10/2/13



10-17-11
AMM
ac

No Fee

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 8-29-11

NAME Mary Brooks

TITLE/POSITION Scheduling Coo

ORGANIZATION SPO Family Care Medical Clinic

ADDRESS 14215 South Post Oak

CITY Houston

STATE Texas ZIP CODE 77058

PHONE NUMBER 713 433-4536

FAX NUMBER 713 433-6708

AMOUNT OF CARDS REQUESTED (English) ✓ 100

(Spanish) ______

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX. P.O.Box 161336, Atlanta, GA 30321 .

Filled by AFC 9-9-11

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 24-9-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 9-1-2011

NAME Miriam M. Flores

TITLE/POSITION Social Worker

ORGANIZATION DSI Weslaco Dialysis

ADDRESS 910 S. Utah

CITY Weslaco

STATE Texas ZIP CODE 78596

PHONE NUMBER 956 968 1895

FAX NUMBER 956 968 4886

AMOUNT OF CARDS REQUESTED (English) 150

(Spanish) 150

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321

Filled by AFC 9-8-11 AMM

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Weslaco Dialysis Center

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 8-30-13

NAME Cyhara A Meadors

TITLE/POSITION Secretary

ORGANIZATION Dr. Rafael F. Otero PhD.

ADDRESS 5425 Plaza Dr.

CITY Texarkana

STATE Tx ZIP CODE 75503

PHONE NUMBER 903-838-3711

FAX NUMBER 903 838-8879

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

8/30/13

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 11/4/13

NAME Nancy Litsey

TITLE/POSITION Social Worker

ORGANIZATION Alpine Compassion Clinic

ADDRESS 610 E Loop 281

CITY Longview

STATE Texas ZIP CODE 75601

PHONE NUMBER 903-758-0161

FAX NUMBER 903-757-7603

100 English
100 Spanish

feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321.

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

11/4/13 filled

Dorothy Weathers

## PRESCRIPTION CARD FAX REQUEST FORM

DATE 11/4/2013

NAME Linda Jay

TITLE/POSITION Operations manager

ORGANIZATION Meals on Wheels Texoma

ADDRESS 4114 Airport Dr.

CITY Denison

STATE TX ZIP CODE 75090

PHONE NUMBER 903-786-3351

FAX NUMBER 903-786-8843

AMOUNT OF CARDS REQUESTED (English) 3000

(Spanish) 100

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767 1079. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organization's request for free ACRX discount prescription cards online at http://www.acrx.org. Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321.

Return this FAX to the sender at the address shown above. Thank you.

Video Done

Annual

WD

Video Prep

11/4/13

Meals on Wheels Texoma Admin
4114 Airport Dr
Denison, TX 75090

Video Done

HS

**PRESCRIPTION CARD FAX REQUEST FORM**

DATE 8-8-12

NAME Lisa Cathey

TITLE/POSITION Admissions Supervisor

ORGANIZATION ETMC /Trinity

ADDRESS P.O. Box 3169 317 Prospect Dr.

CITY Trinity

STATE TX ZIP CODE 75862

PHONE NUMBER 936-744-1130

FAX NUMBER 936-744-1185

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA.30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 9-14-12

NAME Gayle Harkrider

TITLE/POSITION office manager

ORGANIZATION Austin Psychotherapy Associates

ADDRESS 4601 Spicewood Springs Rd Bldg 4-Ste 200

CITY Austin

STATE TX ZIP CODE 78759

PHONE NUMBER 512-467-1376

FAX NUMBER 512.467.8658

AMOUNT OF CARDS REQUESTED (English) ✓ 50

(Spanish)

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

**Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .**

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 12/5/2012

NAME Kelly Zinsmeyer

TITLE/POSITION Business manager

ORGANIZATION St. John Neumann Catholic Church

ADDRESS 5802 22nd St.

CITY Lubbock

STATE Tx ZIP CODE 79407

PHONE NUMBER

FAX NUMBER 806-799-0037

AMOUNT OF CARDS REQUESTED (English) 30

(Spanish) 20

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

1/5/13

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625(c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Video Done

Hospice Hands-West Texas

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 22 May 2012

NAME Kristi Carstensen

TITLE/POSITION Social Worker

ORGANIZATION Hospice Hands of West Texas

ADDRESS 305 N Main St PO Box 1118

CITY Lockney

STATE Tx ZIP CODE 79241 79241

PHONE NUMBER 806-652-3000

FAX NUMBER 806-652-2766

AMOUNT OF CARDS REQUESTED (English) 25

(Spanish) 5

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

7/10/12

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 3-16-10

NAME DeBorah J. DAVIS

TITLE/POSITION Office Manager

ORGANIZATION Antioch Home Health

ADDRESS 2600 South Loop West, Suite 285

CITY Houston

STATE Texas ZIP CODE 77054

PHONE NUMBER 713-663-7131

FAX NUMBER 713-663-7205

AMOUNT OF CARDS REQUESTED (English) 175

(Spanish)____________

3/16/10 Mailed

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321

PR 7/14/11

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 4/29/11

NAME Murphy Rankin

TITLE/POSITION Exec. Director

ORGANIZATION Actions, Inc. of Brazoria County

ADDRESS 1524 E. Mulberry Suite 135

CITY Angleton

STATE Texas ZIP CODE 77515

PHONE NUMBER 979-864-1480

FAX NUMBER 979-849-6968

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Filled by ARC 5/5/11

Amm twt 21,3

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Filled 5-27-11

American Consultants Rx
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 05/29/2011

| | | | |
|---|---|---|---|
| **Name** | joy thomas | **Organization** | Special Health Resources for Texas |
| **E-Mail ID** | jthomas@shrt.net | **City** | Longview |
| **Address** | 410 N. 4th st. | **State** | Texas |
| **Phone Number** | 903-234-8808 | **Zip code** | 75601 |
| **Fax** | 903-758-2283 | **Amount** | 200 |

Mailing Area

Type Your Message Here

Send Mail

Writeup
2/11/11
QC

DE

*Saldivar*
Home Health, Inc.
P. O. Box 3504
Alice, Texas 78333-3504
(361)664-2944 Fax: (361)664-0087
1(866)664-2944

"Have a Good Day"

Date: Feb. 10 2011 c/o Dorothy Weathers
To: Prescription Card Fax Request Form
Fax No. 404-305-9539
From: Gracie R.N
Re: Cards
Pages Sent: 2 *(Including cover sheet)*

Comments:

"Thank you"

*CONFIDENTIALITY NOTICE: This facsimile transmission is intended only for the use of the individual or entity named above and may contain legally privileged or other confidential information. If the recipient of this transmission is not the intended recipient, you are hereby notified that any dissemination, copying or other use of this communication is unauthorized and your receipt of such communication was unintentional. If this communication was received in error please notify us immediately at (361)664-2944, or 1(866)664-2944 and return the telecopy to us by US Mail or, if telephonically authorized by us to destroy it.*

written up
2/11/11
AC

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 02/11/2011

NAME Graciela Soliz

TITLE/POSITION RN DON

ORGANIZATION Saldivar Home Health Agency

ADDRESS 901 N. Johnson

CITY Alice

STATE Tx ZIP CODE 78332

PHONE NUMBER (361) 664-2944

FAX NUMBER (361) 664-0087

AMOUNT OF CARDS REQUESTED (English) 500

(Spanish) 200

PE

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539** ✓

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

written up 9/2/11 JC

DATE 9-2-11

NAME Teresa Kloxin

TITLE/POSITION

ORGANIZATION

ADDRESS 416 E. Little Lease Rd

CITY Holliday,

STATE Tx ZIP CODE 763666

PHONE NUMBER 940-235-5304

FAX NUMBER 940-689-5504

AMOUNT OF CARDS REQUESTED (English) 1

(Spanish)

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

9/2/11 written-up AC

DATE 9-2-11

NAME George Calvin Self

TITLE/POSITION

ORGANIZATION

ADDRESS Box 464

CITY Throckmorton

STATE Tx ZIP CODE 76483

PHONE NUMBER 940-235-5335

FAX NUMBER None

AMOUNT OF CARDS REQUESTED (English) 2

(Spanish)

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.





American Consultants Rx
"We make sure you get the most for your money."

**Fax Request Full Details**

Approved details Home Back

**Date :** 11/26/2009

| | | | |
|---|---|---|---|
| **Name** | New Caney Family Worship Center | **Organization** | Church |
| **E-Mail ID** | NCFWC@aol.com | **City** | New Caney |
| **Address** | 23214 FM 1485 East | **State** | Texas |
| **Phone Number** | 281-689-7065 | **Zip code** | 77357 |
| **Fax** | 281-689-1413 | **Amount** | 100 |

**Mailing Areag** Area

Type Your Message Here

Send Mail

11/27/09

# PRESCRIPTION CARD FAX REQUEST FORM

11-6-10

DATE 10-26-10

NAME Pamela

TITLE/POSITION MA

ORGANIZATION Phy. Office Shephard Rural Health Clinic

ADDRESS 11 Woodland Park PO Bx 669

CITY Shepherd

STATE TX ZIP CODE 77371

PHONE NUMBER 936-628-3343

FAX NUMBER 936-628-6839

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Angie L Collins at (404)305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404)767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

11-6-10

DATE 10-22-10

NAME Debi Weiner

TITLE/POSITION Coordinator of Gerontology Services

ORGANIZATION Jewish Family Service of Dallas

ADDRESS 5402 Arapaho Rd.

CITY Dallas

STATE Texas ZIP CODE 75248

PHONE NUMBER 972 437-9950

FAX NUMBER 972 437-0424

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 25

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.





# PRESCRIPTION CARD FAX REQUEST FORM

DATE 12-2-10

NAME Kathy Lindsey R.N.

TITLE/POSITION School Nurse

ORGANIZATION Gruver Independent School District

ADDRESS PO Box 1139 / 601 Garrett Street

CITY Gruver

STATE Texas ZIP CODE 79040

PHONE NUMBER 806-733-5415

FAX NUMBER 806-733-5412

AMOUNT OF CARDS REQUESTED (English) 500

(Spanish) 500

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

Permian Basin Community Centers
Basin Assistance Services
1118 B West 12th St
Odessa TX 79763

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 9/27/11

NAME BASIN ASSISTANCE SERVICES

Debbie Henderson

TITLE/POSITION CASE MANAGER

ORGANIZATION NON-PROFIT / PBMHMR

ADDRESS 1118 B West 12th St

CITY ODESSA

STATE TEXAS ZIP CODE 79763

PHONE NUMBER 432-580-0713

FAX NUMBER 432-580-0972

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Filled by AFC 10-10-11

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 9/26/11

NAME Sandra McPhail

TITLE/POSITION RN/Administrator

ORGANIZATION Marshall Home Care & Hospice

ADDRESS 111 E. Burleson

CITY Marshall,

STATE Texas ZIP CODE 75670

PHONE NUMBER (903) 923 8154

FAX NUMBER (903) 923 8624

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) ____

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Filled by AFC 10-10-11 ARM

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



American Consultants Rx
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 10/12/2011

| **Name** | L.DELEON | **Organization** | HIDALGO COUNTY HEALTH |
|---|---|---|---|
| **E-Mail ID** | LAILA.DELEON@HCHD.ORG | **City** | EDINBURG |
| **Address** | 3105 E. RICHARDSON | **State** | TX |
| **Phone Number** | 956 318-2040 | **Zip code** | 78541 |
| **Fax** | | **Amount** | 50 |

Mailing Areag **Area**

Type Your Message Here

Filled by AFC 10-12-11 Amm



American Consultants Rx
"We make sure you get the most for your money."

Fax Request Full Details

Approved details Home Back

**Date :** 10/12/2011

| **Name** | Janice Tucker | **Organization** | Georgetown Home Health |
|---|---|---|---|
| **E-Mail ID** | janicet@georgetownhealthc | **City** | Georgetown |
| **Address** | 2120 Scenic Drive | **State** | Texas |
| **Phone Number** | 512-930-2816 | **Zip code** | 78626 |
| **Fax** | 512-869-2494 | **Amount** | 50 |

Mailing Areag **Area**

Type Your Message Here

Filled by AMM
APC 10-12-11

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 10/3/2011

NAME Cristal Vasquez

TITLE/POSITION Medical assistant

ORGANIZATION Health texas Medical group

ADDRESS 215 E. Quincy St. /Ste 500

CITY San antonio

STATE Texas ZIP CODE 78215

PHONE NUMBER 210-223-1600

FAX NUMBER 210-271-3434

AMOUNT OF CARDS REQUESTED (English) 30

(Spanish) 30

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Filled by RFC 10-12-11 Amm.

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.



Super
8

www.super8.com
2100 NORTH WHEELER ST.
JASPER , TEXAS
75951
PH.409-384-8600
FAX.409-384-8608.

# FAX COVER SHEET

DATE: 1-6-13 TIME: 12:00
COMPANY: Prescription Card Fax Request
ATTENTION: Dorothy Weathers
FAX # 404-305-9539
FROM: Michele Jones

REMARKS: Thank You for your offer and we appreciate your Help - as our employees are very Low income earners. Sincerely, Michele Jones

THIS FAX CONTAINS 2 PAGES INCLUDING COVER SHEET. IF ALL PAGES ARE NOT RECEIVED , PLEASE CALL 409-384-8600 .

Have A Great Day !



# PRESCRIPTION CARD FAX REQUEST FORM

DATE 1-6-12

NAME CHeTan Rama - Michele Jones

TITLE/POSITION ManageR

ORGANIZATION SupeR 8

ADDRESS 2100 NoRth WheeleR St.

CITY JaspeR

STATE TexaS ZIP CODE 75951

PHONE NUMBER 409-3848600

FAX NUMBER 409-384-8608

AMOUNT OF CARDS REQUESTED (English) 12

(Spanish) ____________

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072..Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

1/8/13

# PRESCRIPTION CARD FAX REQUEST FORM

Written-up 9/2/11 dC

DATE 9-2-11

NAME Laira D. Kloxin

TITLE/POSITION

ORGANIZATION

ADDRESS 4116 E. Little Lease Rd

CITY Holliday

STATE Tx ZIP CODE 76366

PHONE NUMBER 940-235-5304

FAX NUMBER 940-689-5504

AMOUNT OF CARDS REQUESTED (English) 2

(Spanish)

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 01-22-2010

NAME Pat McLendon

TITLE/POSITION Manager

ORGANIZATION Barr Investments, Inc.

ADDRESS 2700 N. Grand Ave

CITY Tyler

STATE Texas ZIP CODE 75702

PHONE NUMBER (903) 593-9768

FAX NUMBER (903) 593-8770

AMOUNT OF CARDS REQUESTED (English) 300

(Spanish) 50

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org. Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321.

75702

Follow up 6-20-11

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise [illegible] are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

## PRESCRIPTION CARD FAX REQUEST FORM

DATE 5-27-09

NAME Mandy Curry

TITLE/POSITION Clinic Manager

ORGANIZATION Shackelford County Community Resource Center

ADDRESS 725 Pate / PO Box 876

CITY ~~Albany~~ Albany

STATE TX ZIP CODE 76430

PHONE NUMBER 325-762-2447

FAX NUMBER 325-762-2186

AMOUNT OF CARDS REQUESTED (English) 100

(Spanish) 100

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

7/15/09 Mailed

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# COMMUNITY OF FAITH CHRISTIAN SCHOOL

4539 EMORY RD.
EL PASO, TX
79922
PHONE (915)584-2561 FAX (915)584-3529

## FACSIMILE TRANSMITTAL SHEET

ATTENTION: Dorothy Weather[illegible]

FROM: Blanca [illegible]

COMPANY: AC [illegible]

DATE: 9-23-10

FAX NUMBER: [illegible]-305-9539

TOTAL NO. OF PAGES INCLUDING COVER: 2

COMMENTS:

10/1/10

**DISCLAIMER:**
The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at the above number.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 9-22-10

NAME Blanca E Uxcc

TITLE/POSITION Principal

ORGANIZATION Community of Faith Christian School

ADDRESS 4539 Emory Rd.

CITY El Paso

STATE TX ZIP CODE 79922

PHONE NUMBER 915-584-3561

FAX NUMBER 915-584-3529

AMOUNT OF CARDS REQUESTED (English) 40

(Spanish) 60

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

10/7/10

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

4539 Emory Rd
El Paso, TX 79922

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 6-21-11

NAME Claudia

TITLE/POSITION Supervisor

ORGANIZATION Alberto Duran MD.

ADDRESS 2121 E. Griffin Pkwy #5

CITY Mission

STATE TX ZIP CODE 78572

PHONE NUMBER 956-584-8111

FAX NUMBER 956-580-1585

AMOUNT OF CARDS REQUESTED (English) 20

(Spanish) 20

**PLEASE FAX YOUR REQUEST TO: Angie L. Collins at (404)305-9539**

Filled by APC 6-22-11

Should you have any questions or concerns, please do not hesitate to contact us at (404)767-1072. Also feel free to download a free discount prescription card (Under the Free ACRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE January 28, 2014

NAME Lebh Shomea House of Prayer

TITLE/POSITION

ORGANIZATION Church / Educational

ADDRESS 500 La Parra Ranch Rd / P.O. Box 9

CITY Sarita

STATE TX ZIP CODE 78385-0009

PHONE NUMBER 361-294-5369

FAX NUMBER 361-294-5791

AMOUNT OF CARDS REQUESTED (English) 12

(Spanish)

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

1/29/14 filled (WD)



American Consultants Rx
"We make sure you get the most for your money."

**Fax Request Full Details**

Approved details Home Back

**Date :** 06/08/2010

| **Name** | Melinda Leitko | **Organization** | Splendora Independent School District |
|---|---|---|---|
| **E-Mail ID** | benefits@splendoraisd.org | **City** | Splendora |
| **Address** | 23419 FM 2090 W | **State** | Texas |
| **Phone Number** | 281-689-4000 | **Zip code** | 77372 |
| **Fax** | 281-689-7905 | **Amount** | 600 |

**Mailing Area** Area

Type Your Message Here

Send Mail

Filled
6/8/10
ac







American Consultants Rx
"We make sure you get the most for your money."

**Fax Request Full Details**

Approved details Home Back

**Date :** 05/03/2010

| | | | |
|---|---|---|---|
| **Name** | Janet Collinsworth | **Organization** | Seven Loaves Food Pantry |
| **E-Mail ID** | jcollinsworth@standrewumc | **City** | Plano |
| **Address** | 5801 Plano Parkway | **State** | Texas |
| **Phone Number** | 214-291-8038 | **Zip code** | 75093 |
| **Fax** | 972-380-9533 | **Amount** | 100 English<br>100 Spanish |

**Mailing Area**g Area

Type Your Message Here

Send Mail

5/10/10

# PRESCRIPTION CARD FAX REQUEST FORM

DATE May 24 2010

NAME Crystal Correa

TITLE/POSITION Office Manager

ORGANIZATION HandsOn

ADDRESS 6487 Whitby Rd.

CITY San Antonio

STATE TX ZIP CODE 78240

PHONE NUMBER 210.614.1661

FAX NUMBER 210.692.1524

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) ________

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

6/9/10

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 3.29.13

NAME Christina

TITLE/POSITION Nurse assistant

ORGANIZATION Rose street mental Health

ADDRESS 1800 Rose St.

CITY Wichita Falls

STATE TX. ZIP CODE 76301

PHONE NUMBER 940 322-2372

FAX NUMBER 940 322-3578

AMOUNT OF CARDS REQUESTED (English) 30

(Spanish) Ø

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

3/28/13 [signature]

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 2/12/13

NAME Amy Sadberry

TITLE/POSITION Social Worker

ORGANIZATION Wise Regional Dialysis

ADDRESS 2150 S. FM 51

CITY Decatur

STATE TX ZIP CODE 76234

PHONE NUMBER 940-626-1700

FAX NUMBER 940-626-1750

AMOUNT OF CARDS REQUESTED (English) 20

(Spanish) 10

PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

2/7/13

2/16/10

# PRESCRIPTION CARD FAX REQUEST FORM

DATE 02-08-2010

NAME Jean Baxter-Lockwood

TITLE/POSITION Office Manager

ORGANIZATION North Texas Health & Wellness Centre

ADDRESS 503 S Locust 503 S. Locust

CITY Denton

STATE TX ZIP CODE 76201

PHONE NUMBER 940-381-0333

FAX NUMBER 940-381-5143

AMOUNT OF CARDS REQUESTED (English) 50

(Spanish) 10

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acrxcards.com/. Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321.

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

PR 7/12/11





American Consultants Rx
"We make sure you get the most for your money."

**Fax Request Full Details**

Approved details Home Back

**Date :** 05/11/2010

| **Name** | Anita Shook | **Organization** | Department of State Health Services |
|---|---|---|---|
| **E-Mail ID** | anita.shook@dshs.state.tx | **City** | Palestine |
| **Address** | 100 West Brazos Street | **State** | TX |
| **Phone Number** | 903-729-1116 | **Zip code** | 75801 |
| **Fax** | 903-729-7034 | **Amount** | 50 |

**Mailing Area** Area

Type Your Message Here

Send Mail

PR
7/12/11

108

# PRESCRIPTION CARD/FAX REQUEST FORM

DATE 5-4-10

NAME Shalonda

TITLE/POSITION

ORGANIZATION Southern Dental

ADDRESS 5703 Martin Luther King St

CITY Houston

STATE TX ZIP CODE 77021

PHONE NUMBER 713 644 6594

FAX NUMBER

AMOUNT OF CARDS REQUESTED (English) 500

(Spanish)

**PLEASE FAX YOUR REQUEST TO: Dorothy Weathers at (404) 305-9539**

5/4/10

Should you have any questions or concerns, please do not hesitate to contact us at (404) 767-1072. Also feel free to download a free discount prescription card (Under the Free ACIRX Card Download) or place your organizations request for free ACRX discount prescription cards online at http://www.acirx.org . Also feel free to mail the request form to ACRX, P.O.Box 161336, Atlanta, GA 30321 .

The information in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially only by the individual named and may only be further disclosed pursuant to the written authorization of the client's legal representative or as otherwise provided in O.C.G.A. Section 7-1-625 (c). If the reader of this transmittal page is not the intended recipient or a representative, you are hereby notified any review, dissemination or copying of the FAX or the information contained herein is prohibited and subject to civil damages and criminal penalties. If you have received this FAX in error, please immediately notify the sender by telephone or return this FAX to the sender at the address shown above. Thank you.

7/14/11

RIORITY
MAIL ★
XPRESS™

SAME GREAT
EXPRESS MAIL®
SERVICE, WITH
A NEW NAME

GUARANTEED
★ ★ ★
TRACKED
★ ★ ★
INSURED
★

RECEIVED
AUG 28 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

RATE ENVELOPE
TE ★ ANY WEIGHT*

01000006

EP13F July 2013
OD: 12.5 x 9.5

UNITED STATES
POSTAL SERVICE®