IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTUS HEALTH CARE SYSTEMS, INC., and CHRISTUS SANTA ROSA HEALTH CARE CORPORATION, | § § § § § | CV. NO. 5:12-CV-1221-DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| AMERICAN CONSULTANTS RX, INC., AMERICAN CONSULTANTS, INC., and CHARLES MYRICK, | § § § § | |
| Defendants. | § § | |
| _____ | § | |

ORDER DENYING DEFENDANT'S MOTION TO APPEAR
TELEPHONICALLY

On August 28, 2014, Defendant Charles Myrick filed a letter in

response to this Court's Amended Order to Show Cause Why Sanctions Should

Not Be Imposed Against Defendants ("Amended Order") (Dkt. # 39). In

Defendant's Response, he includes a handwritten note requesting to appear

telephonically at the show-cause hearing set for August 29, 2014. Defendant's

request is **DENIED**.

As stated in this Court's Amended Order, if Defendant does not

appear on **August 29, 2014 at 1:00 p.m.** in Courtroom 5, on the Third Floor of the

John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, Texas, **Defendant shall be found in civil contempt and this Court will issue a bench warrant** to secure Defendant's appearance before this Court.

Because Defendant is pro se, the Court **ORDERS** that the Clerk of the Court shall send a copy of this Order to Defendant by certified mail and shall send a copy of this order via Fax at the number provided by Defendant, (404) 305–9539.

IT IS SO ORDERED.

DATED:  San Antonio, Texas, August 28, 2014.

David Alan Ezra
Senior United States Distict Judge