In the United States District Court
for the Western District of Texas
San Antonio Division
David Alan Ezra
Senior United States District Judge

9/3/2014

CIVIL ACTION NO. SA 12CV1221 OG

Christus Health Care Systems, Inc.

Page | 1

and Christus Santa Rosa Health Care Corporation

Plaintiffs

Vs

American Consultants RX Inc.

American Consultants Inc. and

Charles Myrick

Defendants

Re: **Verified Status Report**

Dear Judge Ezra,

This is to inform the Court that all **reasonable effort has been made to conform to all of the Courts orders, signed into effect on March 27, 2014, to remove all copyrighted video pertaining to the Plaintiff and any false and unsubstantiated statements from company websites.** This also includes third-party video host YouTube, Vimeo, and others. Also, arrangements have been instituted to stop any newsfeed mentioning the Plaintiff and American Consultants RX from sites like Twitter.

A copy of this has also been sent to the Plaintiff attorney Marc Collier. Thank you for your time and patience in this matter.

Sincerely,

*[signature]*

Charles Myrick

President/CEO Of American Consultants RX

President/CEO of American Consultants Inc.

STATE OF GEORGIA
COUNTY OF FULTON

*[signature]* Brenda _____
NOTARY PUBLIC

FILED
SEP - 4 2014
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY